UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation          MDL No. 1724

                                                    **ORDER STAYING PROCEEDINGS**
                                                    **IN CASES TRANSFERRED TO**
This Order Relates to: **ALL CASES**                **MDL NO. 1724**

---

All proceedings in any case transferred to MDL No. 1724, now or in the future, are stayed except as to the specific proceedings outlined in Case Management Orders or other subsequent orders to be entered by this Court. All prior written discovery to which responses have not yet been served is deemed withdrawn. All dates on which responsive pleadings are due are hereby stayed until further notice, and all scheduling orders are hereby vacated. Nothing herein shall extend or modify the time permitted for removal of any case to federal court, nor shall any portion of this Order be deemed to apply to any case or matter now or hereafter pending in any state court unless that state court so orders.

Dated: April 18, 2006

                                        s/ Paul A. Magnuson
                                        Paul A. Magnuson
                                        United States District Court Judge