

**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Public Health Service

Food and Drug Administration
Rockville MD 20857

March 27, 1998

NDA 20-895

Pfizer Pharmaceuticals Production Corporation Limited
c/o Pfizer Central Research
Attention: Sandra J. Croak-Brossman, Ph.D.
Eastern Point Road
Groton, CT 06340

Dear Dr. Croak-Brossman:

Please refer to your September 29, 1997 new drug application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Viagra (sildenafil citrate) 25, 50 and 100 mg Tablets.

We acknowledge receipt of your submissions dated October 10 and 13, November 3 and 14, December 3 (two), 5 (three), 16, 18, 19 and 22, 1997; and January 8 and 23, February 9 (two) and March 5, 9 and 16, 1998.

The user fee goal date is March 29, 1998.

This new drug application provides for the use of Viagra for the treatment of erectile dysfunction.

We have completed the review of this application, including the submitted draft labeling, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed draft. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed draft labeling. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FINAL PRINTED LABELING" for approved NDA 20-895. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

Page 2 - NDA 20-895

We have determined the following dissolution methods and specifications for sildenafil tablets:

In addition, please submit three copies of the introductory promotional material that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Cardio-Renal Drug Products and two copies of both the promotional material and the package insert directly to:

> Food and Drug Administration
> Division of Drug Marketing, Advertising
>   and Communications, HFD-40
> 5600 Fishers Lane
> Rockville, Maryland 20857

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, please contact:

> Mr. Gary Buehler
> Regulatory Health Project Manager
> (301) 594-5332

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure