Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 1

THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*************************************************

IN RE:                    MDL CASE NO. 1724

VIAGRA PRODUCTS LIABILITY LITIGATION

*************************************************

RICHARD MARTIN,        Case No. 06-CV-1064 (PAM)

        Plaintiff,

    v.

PFIZER INC.,

        Defendant.

*************************************************


                DEPOSITION OF

        GERALD MCELLISTREM, M.D.


            Taken October 7, 2008

            Scheduled for 9:00 a.m.

        Reported By:  Lori Morrow, RPR, CRR, CLR
        PARADIGM REPORTING & CAPTIONING INC.
    1400 Rand Tower, 527 Marquette Avenue South
    Minneapolis, Minnesota 55402 * (612)339-0545
        1(800)545-9668 * Fax (612)337-5575

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 2

1    Deposition of GERALD MCELLISTREM, M.D.,
2  taken on the 7th day of October, 2008, commencing at
3  8:45 a.m., at the University of Minnesota, 516
4  Delaware Street SE, Suite 9240, Minneapolis,
5  Minnesota, before Lori Morrow, Registered
6  Professional Reporter, Certified LiveNote Reporter,
7  Certified Realtime Reporter and a Notary Public in
8  and for the State of Minnesota.
9
10         APPEARANCES:
11  On Behalf of the Plaintiff:
12      Christopher A. Gomez, Esquire
           cgomez@doctoratlaw.com
13      THE MILLER FIRM
           555 East City Avenue
14      Suite 910
           Bala Cynwyd, Pennsylvania 19004
15      (610) 660-0622
           Fax (610) 660-0628
16
17  On Behalf of the Defendant:
18      Lori B. Leskin, Esquire
           lleskin@kayescholer.com
19      Avigael Fyman, Esquire
           afyman@kayescholer.com
20      KAYE SCHOLER LLP
           425 Park Avenue
21      New York, New York 10022-3598
           (212) 836-8000
22      Fax (212) 836-8689
23          -and-
24  (CONTINUED)
25

Page 3

1  APPEARANCES (CONTINUED):
2      Sarah J. McEllistrem, Esquire
           smcellistrem@cbsh.net
3      COLLINS, BUCKLEY, SAUNTRY & HAUGH, PLLP
           W-1100 First National Bank Building
4      332 Minnesota Street
           St. Paul, Minnesota 55101-1379
5      (651) 227-0611
           Fax (651) 227-0758
6
7          **********
8      NOTE: The original transcript will be
       delivered to Lori B. Leskin, Esquire, pursuant to
9  the applicable Rules of Civil Procedure.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              INDEX
   WITNESS:
2
   Gerald McEllistrem, M.D.
3
4  EXAMINATION BY:         PAGE:
5  Ms. Leskin.................5, 72
6  Mr. Gomez..................70
7

   OBJECTIONS BY:
8
   Mr. Gomez..................19, 20, 26, 51, 55, 58, 67, 68
9
   Ms. Leskin.................72
10
11  EXHIBITS MARKED AND REFERRED TO:        PAGE:
12  1   Medical records               13, 33-34
13  2   Label for Viagra in effect as of 2/1999   30-42
14  3   Last 2 medical records; the front page
        of Dr. McEllistrem's folder; and the
15      back page of Dr. McEllistrem's folder    39
16  4   One-page note dated 7/29/96          43
17  5   Articles provided by Dr. McEllistrem     63-65
18  6   Article entitled Gorkin, et al.,
        Sildenafil Citrate Use and the
19      Incidence of Nonarteritic Anterior
        Ischemic Optic Neuropathy 2006      65-66
20
        7   Article by Dr. McGwin, et al.,
21      Nonarteritic Anterior Ischemic Optic
        Neuropathy and the Treatment of Erectile
22      Dysfunction from the British Journal of
        Ophthalmology 2006               66-68
23
    8   Viagra label                    69-70
24
   (REPORTER'S NOTE:  Original Exhibits are
25  attached to the original transcript.)

Page 5

1           GERALD MCELLISTREM, M.D.,
2  duly sworn, was examined and testified as follows:
3                    EXAMINATION
4  BY MS. LESKIN:
5      Q   Good morning, Doctor.  How are you?
6      A   Good.  Thank you.
7      Q   You understand you're not being sued in
8  this litigation, right?
9      A   I do.
10      Q   Okay.  We're just here to get some
11  information about your care and treatment of
12  Mr. Martin.
13      A   Right.
14      Q   Right?  Okay.  As I intro duced myself a
15  few minutes ago, my name is Lori Leskin, and with me
16  is Avigael Fyman.  We represent Pfizer in this
17  matter.
18      A   Okay.
19      Q   You and I have never met before, correct?
20      A   That's correct.
21      Q   And we've never spoken, right?
22      A   That's true.
23      Q   Have you spoken with anyone on behalf of
24  Pfizer about this litigation?
25      A   No, I have not.

2  (Pages 2 to 5)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

| Page 6 | Page 8 |
|---|---|
| 1    Q   Have you spoken to Mr. Martin about this | 1    Q   Can you give me a little bit about your |
| 2  litigation? | 2  educational background starting with college |
| 3    A   I have not. | 3  education? |
| 4    Q   Have you spoken to any of Mr. Martin's | 4    A   College, St. Thomas College, St. Paul, |
| 5  lawyers? | 5  Minnesota, graduated in 1950; medical school, |
| 6    A   No, I have not. | 6  Creighton, C-R-E-I-G-H-T-O-N, Creighton Medical |
| 7    Q   Have you ever been deposed before? | 7  School, Omaha, Nebraska, finished in 1954; |
| 8    A   Yes. Years ago. | 8  internship, St. Joseph's Hospital, St. Paul, |
| 9    Q   How many times? | 9  Minnesota, '54 to '55; year of surgery residency, |
| 10    A   Once. | 10  St. Joseph's Hospital, St. Paul, '55 to '56; three |
| 11    Q   And was that in connection with a lawsuit | 11  years of residency at Regions Hospital in St. Paul |
| 12  against you? | 12  from '58 through '61. |
| 13    A   No. That was a lawsuit against -- gosh, | 13    Q   And from '56 to '58, what were you doing? |
| 14  it was 30 years ago. It was about a kidney stone | 14    A   Oh, that was service time. That was in |
| 15  and whether the guy could work with a kidney stone. | 15  the service. |
| 16    Q   And were you a fact witness or an expert | 16    Q   And which armed -- |
| 17  witness in that case? | 17    A   Navy. Navy. |
| 18    A   I was both. | 18    Q   And what was your highest rank? |
| 19    Q   Okay. Since it's been so long, and I know | 19    A   Lieutenant, Senior Grade. |
| 20  you're represented here by counsel, I'm just going | 20    Q   And were you honorably discharged? |
| 21  to go over a couple of the ground rules of the | 21    A   Yes, I was. |
| 22  deposition so we're all on the same page. Okay? | 22    Q   After your residency at Regions Hospital |
| 23    A   Okay. | 23  in 1961, what did you do after that? |
| 24    Q   The court reporter is taking down | 24    A   I went directly into the practice of |
| 25  everything that's being said today. So it's very | 25  urology. |

| Page 7 | Page 9 |
|---|---|
| 1  important that all of your answers be verbalized. | 1    Q   And where did you set up your practice? |
| 2    A   Okay. | 2    A   Practice of urology, St. Paul, Minnesota. |
| 3    Q   It's very hard for her to take down a nod | 3    Q   And were you there through your entire |
| 4  of the head or a shrug of the shoulders and get the | 4  career? |
| 5  appropriate meaning in the transcript. Okay? | 5    A   Yes, I was there, uh-huh. |
| 6    A   Okay. | 6    Q   And I understand you retired this year? |
| 7    Q   It's very natural, and a lot of people | 7    A   I did. |
| 8  have a tendency to go "uh-huh" or nod their head. | 8    Q   Any particular reason? |
| 9  And if you do that, one of the lawyers in this room | 9    A   Age. |
| 10  will correct you. | 10    Q   And it was May of this year did I see the |
| 11    A   All right. Fine. | 11  letter? |
| 12    Q   It's also important that only one of us | 12    A   I'm sorry. |
| 13  speak at time. So it's important that you let me | 13    Q   In May of this year you retired? |
| 14  finish my question, and I'll let you finish your | 14    A   May of this year, that's correct. |
| 15  answer. Okay? | 15    Q   Did you have a particular specialization |
| 16    A   Sounds good. | 16  in the field of urology? |
| 17    Q   If your attorney or Mr. Martin's attorney | 17    A   No. It was general urology. |
| 18  raises any objection, let them put their objection | 18    Q   And you did surgery? |
| 19  on the record, and then your attorney will direct | 19    A   Correct. |
| 20  you whether or not to continue and go ahead and | 20    Q   Did you ever teach? |
| 21  answer the question. | 21    A   Not connected formally with any program |
| 22    A   Okay. | 22  like university. I just -- I did have residents |
| 23    Q   If you need a break, just let me know. | 23  occasionally, but that was all informal. |
| 24  Okay? | 24    Q   Did you ever do any research sponsored by |
| 25    A   I will. | 25  any pharmaceutical company? |

3 (Pages 6 to 9)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 10

1   A   I did not.
2   Q   Did you ever do any research on your own?
3   A   No, I did not.
4   Q   Did you ever do any type of work for any
5   type of pharmaceutical company?
6   A   Never did.
7   Q   Do you have any published articles?
8   A   Yes. I have one published article.
9   Q   And what was that on?
10  A   It was about adrenal carcinoma.
11  Q   And when was that published?
12  A   Oh, gosh. That had to be in the
13  late '60s.
14  Q   And where was it published?
15  A   One of the journals. I think it was the
16  Journal -- I'm not sure. I think it was the Journal
17  of Urology, but I'm not absolutely certain of that.
18  Q   And what was the nature of the article?
19  A   Just how to diagnose adrenal cancer and
20  how to treat it.
21  Q   During the time that you were in practice,
22  were you always in the same office?
23  A   I stayed in the same office. Well, moved
24  around a little bit from office to office but in the
25  same city, St. Paul.

Page 11

1   Q   And when you moved from office to office,
2   you took your medical records for your patients with
3   you?
4   A   I did, yeah.
5   Q   And did you maintain written copies of all
6   of your medical records for your patients?
7   A   Yes, I did.
8   Q   Did you ever maintain any separate
9   electronic files for your patients?
10  A   No. I never did get a lot of electronics.
11  Q   And did you keep those records in the
12  ordinary course of business?
13  A   I always kept the records. We do sort
14  through them after 10 years and dispose of records
15  that are 10 years or -- that are over 10 years old.
16  Q   When you dispose of records, is it any
17  record that's over 10 years, or just any patient
18  that you haven't seen in 10 years?
19  A   It's any patient that we haven't seen for
20  10 years.
21  Q   Okay. So if you've seen a patient for a
22  15-year period, you would keep all of those records
23  until you no longer saw the patient?
24  A   Until he hasn't come back for 10 years,
25  right.

Page 12

1   Q   And when you retired, what did you do with
2   your records for your patients?
3   A   Brought them home.
4   Q   And you still have those at home?
5   A   I do.
6   Q   While you were practicing, was it
7   important for you to keep accurate records of your
8   patients?
9   A   Yes, it was.
10  Q   And when you wrote notes of your visits
11  with your patients, did you do that at or about the
12  time the patient was in your office?
13  A   Always took notes while I was talking to
14  the patient and then dictated the note after I saw
15  the patient.
16  Q   And what would you do with the written
17  notes you had made?
18  A   Oh, those would just be disposed of.
19  Q   But the relevant information would all be
20  reflected in the dictated note?
21  A   Correct.
22  Q   And you did that soon after the patient
23  left your office?
24  A   Did that before the patient left the
25  office -- well, about the time the patient left the

Page 13

1   office.
2   Q   But that's generally about the same day --
3   A   Right after -- immediately after each
4   patient visit.
5   Q   And it was important for you in order to
6   adequately care for your patients to maintain a
7   complete and accurate set of medical records, right?
8   A   That's correct.
9   Q   Do you agree that it's important for a
10  patient to provide you with accurate information in
11  order to allow you to care for your patients?
12  A   Yes, I do.
13  Q   And you rely on the accuracy of the
14  information your patients provide you, correct?
15  A   I do.
16       (Deposition Exhibit Number 1 was
17       Marked for identification and is
18       Attached herewith.)
19  BY MS. LESKIN:
20  Q   I've handed you what we've marked as
21  McEllistrem Exhibit 1, what was represented to us to
22  be a complete set of medical records from your
23  office for Richard Martin. I'll ask you to take a
24  brief look through them and tell me if there's
25  anything you can tell is missing from these records.

4 (Pages 10 to 13)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 14

1   A   (Perusing documents.) Well, it looks
2   complete. Yes, I think it's complete. I don't see
3   anything missing.
4   Q   Now, you brought with you today, it looks
5   like, two manila files?
6   A   I did.
7   Q   And what are those files?
8   A   Well, one is his patient chart.
9   Q   Mr. Martin's?
10   A   Of Mr. Richard Martin. And the other is
11   copies of Mr. Richard Martin's chart, although
12   slightly incomplete, and also some articles on
13   Viagra and associated blindness.
14   Q   And how did that second chart come to
15   exist?
16   A   I just produced it.
17   Q   Okay. And when did you put that together?
18   A   Oh, just gradually over -- ever since I
19   heard of the case being initiated and that I had to
20   be deposed, I started assembling a couple of
21   articles. And then I thought I would get a separate
22   copy of the important features related to Viagra so
23   that if I lost the first chart, I would have backup.
24   Q   Okay. And we'll go through your folder
25   that you created for the deposition in a little bit.

Page 15

1   The medical record chart, that's the copy that you
2   maintain at your house now that you've retired?
3   A   Yes, it is.
4   Q   And is that in all aspects identical to
5   what we've marked as Exhibit 1?
6   A   Yes, it is.
7   Q   Okay. So there's no records in that chart
8   that don't appear in Exhibit 1?
9   A   I don't think so. I mean, I don't believe
10   so. I mean, there might be some billing sheets that
11   I didn't include, but billing records and signatures
12   for HIPAA is that sort of thing. But outside of
13   that, all the pertinent material should be there --
14   should be the same -- identical.
15   Q   And as we go through it, if there's
16   anything additional in your records that is not in
17   Exhibit 1, we'll make a note of that.
18   A   Sure.
19   Q   What was the last date that you saw
20   Mr. Martin as a patient?
21   A   4/8/08, 4/8/2008.
22   Q   And if you can look at Exhibit 1, do you
23   see a copy of that note in that exhibit?
24   A   I don't see it in Exhibit 1.
25   Q   Do you have a copy of your notes from that

Page 16

1   visit in your files?
2   A   I'm going to look.
3   Q   It may be that the records were requested
4   before that visit with Mr. Martin. So I just want
5   to make sure that there's nothing after the request.
6   A   There is a record in his chart that I
7   guess is not in this chart on that 4/8/08.
8   Q   Okay. Prior to 4/8/08, when was the prior
9   visit with Mr. Martin?
10   A   10/12/07.
11   Q   Which I also think is not in Exhibit 1.
12   A   I'm sorry?
13   Q   I don't believe that note is in Exhibit 1
14   either on that visit.
15   A   Okay. So then that whole sheet was not
16   transmitted to you.
17   Q   Yeah. It's likely that it didn't exist at
18   the time we requested the records. Are there any
19   other notes in your records subsequent to, I guess,
20   April 27, 2007, which is the latest record in
21   Exhibit 1?
22   A   I'm sorry. Run that by me again.
23   Q   Sure. The latest record in Exhibit 1, if
24   you look on the top of the page, is April 27, 2007.
25   A   Oh, yeah.

Page 17

1   Q   And you'll see, if you look on the top of
2   the exhibit, there's a fax line dated May 9, 2007,
3   which is likely when the records were transmitted to
4   us.
5   A   Okay.
6   Q   Do you have any records in your file that
7   post date April 27, 2007, other than the two visits
8   we just spoke about?
9   A   I don't know. I'm hoping I don't.
10   There's one lab test in March of '08, 3/28/08, a
11   laboratory test that probably is not there, and
12   4/17/07, a consult. Oh, that would be in the --
13   that would be there. I believe that would be the
14   only --
15   Q   Can I see copies of the later documents
16   then?
17   A   Yes.
18   Q   And maybe we can make a -- have a copy
19   made of those while we're here.
20   A   These two.
21   Q   Is there anything else in the file there
22   that is relevant to Mr. Martin's care? The front
23   part of the folder there, you have some pages. Are
24   those also post dated April 27, 2007?
25   A   The front part of this chart now is the

5 (Pages 14 to 17)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 18

1  older part of the record of the --
2      Q   Okay.
3      A   So this is -- these do have copies of --
4      Q   And the notes on the front cover of your
5  chart --
6      A   Of the folder?
7      Q   Of the folder, I notice you have some
8  notes written there.
9      A   Yeah, I do.
10     Q   What notes are those?
11     A   Those are the significant procedural notes
12  that were summarized so that I can quickly review
13  his chart when he comes in and recall at a glance
14  what I've done in the past.
15     Q   And you write those notes at about the
16  time that it's occurring?
17     A   At the time of the procedure.
18     Q   Okay.  Can I make a copy of that front
19  page as well?
20     A   Of this you mean?
21     Q   Yes, of the folder, of the manila folder.
22     A   Sure.  It's right here.
23     Q   Okay.  And while she's doing that, we'll
24  talk about some things other than the medical
25  records.

Page 19

1      A   Okay.
2      Q   In the course of your career as a
3  urologist, did you treat men with erectile
4  dysfunction?
5      A   I do.
6      Q   And over the course of a year, how many
7  men with erectile dysfunction would you estimate you
8  treated?
9      A   Well, maybe 10 a week times 50 weeks would
10  be 500 a year about.  And that might be a little
11  generous.  It might be a little less than that.
12     Q   But it did make up a significant part of
13  your practice?
14     A   It did, yeah.
15     Q   Would you characterize erectile
16  dysfunction as a serious disorder?
17     A   As a which?
18     Q   A serious disorder?
19     A   Yes, I do.
20         MR. GOMEZ:  Objection to form.
21  BY MS. LESKIN:
22     Q   What are some of the causes of erectile
23  dysfunction that you're familiar with?
24     A   Well, the more common causes are vascular
25  causes.  Certainly, malignant causes are in there as

Page 20

1  well.  And medication causes are part of it, and
2  psychogenic -- there are some psychogenic causes,
3  too, of erectile dysfunction.
4      Q   Focusing on the vascular causes for a
5  moment, what are some of the risk factors that men
6  have that would lead them to have erectile
7  dysfunction or could lead them to have erectile
8  dysfunction?
9      A   Risk factors are hypertension, vascular --
10  arteriosclerosis generalized, certainly history of
11  smoking and diabetes, of course, affecting the
12  vascular tree, and, of course, the medications that
13  are used for hypertension.
14     Q   And the vascular causes that you
15  mentioned, they cause erectile dysfunction how?
16     A   By decreasing blood supply to the corpora
17  of the penis and decreasing inflow and causing poor
18  circulation to it.
19     Q   Are men who have erectile dysfunction at
20  risk for other types of vascular diseases as well?
21     A   Oh, yes.  There --
22         MR. GOMEZ:  Objection to form.
23         THE WITNESS:  Pardon me.
24         MR. GOMEZ:  I just objected to the form,
25  Doctor.  You can answer.

Page 21

1          THE WITNESS:  Oh, yes.  They are subject
2  to -- and, in fact, that's one of the things we
3  do is to check their other lipid profiles so
4  that if there is coronary artery disease, we
5  can pick that up a little better.
6  BY MS. LESKIN:
7      Q   And help treat some of those other
8  conditions?
9      A   Treat the other conditions, that's true.
10     Q   I want to go back to prior to 1998.
11     A   Okay.
12     Q   What type of treatments did you have
13  available to you as a urologist to treat your
14  patients with erectile dysfunction?
15     A   This was prior to '98 did you say?
16     Q   Yes.
17     A   The treatments that we had available then
18  were various oral medications and certainly more
19  invasive types of treatments and mechanical
20  treatments.  So we had -- the vacuum depression
21  device was available to us and then also the
22  injectable treatment program for erectile
23  dysfunction.
24     Q   Did you do any surgical implant as well?
25     A   Yes, I did.  But it's been a long time

6 (Pages 18 to 21)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 22

1  since I've done them, but I had done surgical
2  implants for that.
3     Q   You mentioned there were some oral
4  medications. Prior to 1998, what oral medications
5  existed to treat erectile dysfunction?
6     A   Well, the ones that were most commonly
7  used were Yohimbine, Y-O-H-I-M-B-I-N-E, and
8  Trazodone, T-R-A-Z-O-D-O-N-E. Those two were some
9  of the more useful ones.
10    Q   Trazodone wasn't a -- strike that.
11        The treatment of erectile dysfunction
12  wasn't an FDA approved indication for Trazodone?
13    A   It was off label.
14    Q   It's really an antidepressant?
15    A   It is, but it has some side effects that
16  we use.
17    Q   Was it an effective medication for the
18  treatment of erectile dysfunction?
19    A   Periodically. It had an incomplete
20  record, and, certainly, it was superseded by the
21  newer medications available.
22    Q   And what about Yohimbine?
23    A   Yohimbine was somewhat the same. It
24  worked a little differently and sometimes helped.
25  But commonly, on a severer case of ED, it would not

Page 23

1  be useful.
2     Q   You mentioned the vacuum compression
3  devices. How did that work?
4     A   Well, just a cylinder that produces a
5  vacuum around the penis and promotes blood flow into
6  the penis. The compression ring sliding around the
7  cylinder at the base of the penis prevents the blood
8  from leaving the penis and maintains the erection.
9     Q   Were your patients satisfied with the
10  vacuum compression?
11    A   Compression device? It's a little
12  uncomfortable, and I suppose I had a success rate
13  with it of somewhat less than 50 percent.
14    Q   What type of side effects did your
15  patients experience with the vacuum compression
16  device?
17    A   Pain is the biggest one, uncomfortable
18  from the compression ring both to the patient and to
19  his partner.
20    Q   You also mentioned injectable treatments.
21    A   Correct.
22    Q   Now, I understand there was a treatment
23  called Caverject.
24    A   Caverject.
25    Q   And then also one called MUSE?

Page 24

1     A   Well, MUSE was the -- that came a little
2  later, I think. And that was a suppository -- a
3  intra-urethral suppository that was the same
4  medication used in Caverject. But I don't know that
5  was available in pre-1998. It might have been, but
6  I'm not certain that it was.
7     Q   Okay. The Caverject was an actual needle?
8     A   It was a needle, uh-huh.
9     Q   And that was injected into the penis,
10  right?
11    A   Into the corpora, into the blood bodies,
12  right.
13    Q   And what were your patients' reactions to
14  the Caverject?
15    A   Well, it was very successful. It worked
16  very well. The disadvantage is that, after a period
17  of time, they get tired of using a needle. It was
18  uncomfortable. They disliked it.
19    Q   And what type of side effects did your
20  patients experience with the Caverject?
21    A   Biggest side effect was one of discomfort
22  with using it and a little bit of complex
23  preparation of the medication.
24    Q   And we mentioned MUSE came on a little bit
25  later in -- I think '97 it may have been approved.

Page 25

1     A   Yeah.
2     Q   And as you said, that was a suppository,
3  right?
4     A   That was an intra-urethral suppository.
5     Q   And what was your patients' reaction to
6  the MUSE?
7     A   MUSE, I think, was not quite as well
8  accepted as the Caverject simply because it caused
9  discomfort. It was an irritant to the urethral
10  mucosa, and it was painful for the patients, and it
11  was not as effective as Caverject.
12    Q   And you also said you did some implants,
13  correct?
14    A   Uh-huh.
15    Q   Yes?
16    A   Yes, I did.
17    Q   And that's a pretty severe intervention,
18  correct?
19    A   Yes, that is.
20    Q   When did you first start prescribing
21  Viagra to your patients -- well, let me strike that.
22        When Viagra came on the market, did you,
23  in fact, prescribe it to your patients?
24    A   I did.
25    Q   And when did you start prescribing it to

7 (Pages 22 to 25)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

| Page 26 | Page 28 |
|---|---|

**Page 26**

1  your patients?
2      A   Well, post 1998.
3      Q   Okay.  If it was approved in March of
4  1998, how long after approval would you say you
5  began prescribing it?
6      A   Oh, I believe I probably prescribed it
7  within six months of its approval.
8      Q   And did you find it to be an effective
9  medication for your patients?
10     A   I did.  It was.
11     Q   And did you find it to be a reliable
12  medication for your patients?
13     A   It is.
14     Q   And did you find it to be a well tolerated
15  medication for your patients?
16     A   Yes, I did.
17     Q   Would you agree that Viagra was a
18  significant advancement in the treatment of erectile
19  dysfunction?
20     A   I would.
21         MR. GOMEZ:  Objection to form.
22  BY MS. LESKIN:
23     Q   Did you review any of the clinical studies
24  regarding Viagra?
25     A   I did.  I did review some.

**Page 27**

1      ·Q   And what did you learn about the efficacy
2  of Viagra?
3      A   Well, it's a very efficacious drug.  It's
4  not 100 percent efficacious, but it is very helpful,
5  and, in less severe cases of erectile dysfunction,
6  it works very well.
7      Q   Was it an improvement over the other oral
8  medications that had existed, Trazodone and
9  Yohimbine?
10     A   Yes.  In fact, I more or less stopped
11  using those drugs when Viagra came on the market.
12     Q   And what did you learn about -- strike
13  that.
14         What type of side effects did your
15  patients report to you from the Viagra?
16     A   The biggest side effect was visual, the
17  blue lights, green lights that they sometimes saw
18  within a couple of hours of using the drug.
19     Q   And were those permanent visual changes?
20     A   No.  They were temporary.
21     Q   And did it cause any of your patients to
22  stop taking Viagra?
23     A   No.  They took it.
24     Q   Did you have any written information about
25  Viagra that you provided to your patients?

**Page 28**

1      A   I just explained it verbally to them.  I
2  didn't give them written information.
3      Q   And what would you explain to your
4  patients about Viagra when you first prescribed it
5  to them?
6      A   Well, I described the drug, how it works
7  to some degree, and the side effects that they could
8  expect from it.  It was -- yeah, it was -- not all
9  the side effects were known initially.
10     Q   Okay.  So let's start initially.  What
11  side effects did you discuss with your patients?
12     A   Well, the visual changes that would be
13  present.
14     Q   The blue/green vision --
15     A   Blue/green vision.
16     Q   -- that you mentioned?
17     A   The fact that it could drop their blood
18  pressures too much if they took it with other alpha
19  blockers that were used for prosthetic enlargement,
20  so that they had to be careful not to use things
21  like Doxazosin, which could potentiate the use of
22  Viagra.
23     Q   Any other side effects you discussed with
24  your patients?
25     A   Those were about the ones I can think of

**Page 29**

1  that I prescribed.
2      Q   Did you discuss with your patients not to
3  take Viagra with nitrates?
4      A   Oh, yes.  I'm sorry.  I did.  I did, yeah.
5      Q   And that also -- that was a
6  contraindication on the label?
7      A   That was a contra -- you couldn't use
8  Viagra then.
9      Q   Okay.  You said that the side effects
10  changed over time.  Did there come a time that you
11  gave additional information to your patients?
12     A   Yes, there was a time.  And I can't give
13  you the exact date, but when it became -- when the
14  association between blindness and Viagra was
15  reported, then I had to explain to the patients that
16  this was a rare occurrence and that there is some
17  debate as to whether it's etiologic.  But I did
18  express that to them, and they understood that.
19     Q   When you said there's some debate as to
20  whether it's etiologic, you mean there's some debate
21  as to whether or not Viagra causes the blindness
22  that was reported?
23     A   Exactly.
24     Q   Did you have any patients who decided not
25  to take Viagra after you told them that information?

8 (Pages 26 to 29)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

| Page 30 | Page 32 |
|---|---|
| 1   A   That information, yes, I did.<br>2   Q   Okay. How many patients?<br>3   A   Well, I think they were the minority. I<br>4 would say 10 percent of the patients would not take<br>5 the drug after they learned of that side effect.<br>6   Q   Did there come a time that you would<br>7 discuss with patients that there had been reports of<br>8 men having heart attacks after taking Viagra?<br>9   A   You know, I was not really aware of heart<br>10 attacks secondary to Viagra. Maybe it's been<br>11 reported, but I never experienced it, never reported<br>12 it.<br>13   Q   You told me that you started at some point<br>14 discussing reports of blindness in patients. When<br>15 did you start discussing it with your patients?<br>16   A   I think it had to be in the early 2000s.<br>17     (Deposition Exhibit Number 2 was<br>18     Marked for identification and is<br>19     Attached herewith.)<br>20 BY MS. LESKIN:<br>21   Q   And what was that based on that you had<br>22 read that caused you to start discussing that with<br>23 your patients?<br>24   A   Right. There were various articles in the<br>25 journals that described this and associated journals | 1   A   I did, uh-huh.<br>2   Q   If you can turn to page 17 of Exhibit 2.<br>3   A   I have it.<br>4   Q   You see there's some information there in<br>5 the adverse reaction section entitled Post Marketing<br>6 Experience.<br>7   A   Yes.<br>8   Q   And there's a paragraph there entitled<br>9 Cardiovascular.<br>10   A   Uh-huh.<br>11   Q   And it says, "Serious cardiovascular<br>12 events, including myocardial infarction, sudden<br>13 cardiac death, ventricular arrhythmia,<br>14 cerebrovascular hemorrhage, transient ischemic<br>15 attack and hypertension have been reported<br>16 post-marketing in temporal association with the use<br>17 of Viagra. Most, but not all, of these patients had<br>18 preexisting cardiovascular risk factors. Many of<br>19 these events were reported to occur during or<br>20 shortly after sexual activity, and a few were<br>21 reported to occur shortly after the use of Viagra<br>22 without sexual activity. Others were reported to<br>23 have occurred hours to days after the use of Viagra<br>24 and sexual activity. It is not possible to<br>25 determine whether these events are related directly |

| Page 31 | Page 33 |
|---|---|
| 1 that pointed out the association between the two,<br>2 the drug and the blindness.<br>3   Q   We've marked as Exhibit 2 the label for<br>4 Viagra. And if you look at the back page, you'll<br>5 see this is the one that was in effect as of<br>6 February of 1999.<br>7   A   Okay. Let's see.<br>8   Q   The last page.<br>9   A   The last page. Oh, okay. Revised<br>10 February of '99. Okay.<br>11   Q   For various medications, you know that the<br>12 labeling information changes over time as more<br>13 information is learned, correct?<br>14   A   That's correct.<br>15   Q   How do you keep track of the changes to<br>16 labels for drugs that you would prescribe?<br>17   A   Well, certainly, articles that occur in<br>18 the literature, and drug representatives help me to<br>19 ferret that out as well, certainly, peer groups of<br>20 physicians that express this, and then<br>21 conventions -- and medical conventions that I go to.<br>22   Q   And you would as part of your practice<br>23 keep as up to date as possible on changes to the<br>24 label information on any medications you prescribe.<br>25 Is that fair to say? | 1 to Viagra, to sexual activity, to the patient's<br>2 underlying cardiovascular disease, to a combination<br>3 of these factors, or to other factors."<br>4   A   Uh-huh.<br>5   Q   Do you see that?<br>6   A   I did see that.<br>7   Q   Did you ever discuss that with your<br>8 patients as a matter of course before you prescribed<br>9 them Viagra?<br>10   A   The only time I discussed something like<br>11 that was if they were taking nitrates or other alpha<br>12 blockers that would combine with the Viagra to<br>13 decrease the blood pressure enough. It was not at<br>14 all my experience that there was any relationship<br>15 there. I never -- I didn't get into that. I didn't<br>16 feel that was relevant. I mean, it's relevant, but<br>17 I didn't have any experience with any adverse<br>18 reactions like that.<br>19   Q   Let's talk about Mr. Martin. Turning to<br>20 Exhibit 1. When did you first see Mr. Martin as a<br>21 patient?<br>22   A   That was on July 29 of '96.<br>23   Q   And what was the reason that Mr. Martin<br>24 came to your office?<br>25   A   Came to me for erectile dysfunction. And |

9 (Pages 30 to 33)

Paradigm Reporting & Captioning, Inc.
612-339-0545

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

**Page 34**

1   so I examined him, and that's when I prescribed
2   Yohimbine and Trazodone for the treatment of it.
3       Q   If you can look at the last page of
4   Exhibit 1 that we marked, you'll see the earliest
5   date on there is September 5, '96.
6       A   September 5 of '96, that's true.
7       Q   You have a note from prior to that date?
8       A   Yes. I saw him on July 29 of '96.
9       Q   Okay.
10      A   And I -- maybe that record is missing,
11  too, huh?
12      Q   That's what it looks like. Can I see a
13  copy of the note from your file? At break, we'll
14  make a copy of this page as well if that's possible.
15      A   Okay. Sure.
16      Q   So you prescribed Trazodone and Yohimbine,
17  correct?
18      A   Uh-huh, I did.
19      Q   Did you undertake any test to determine
20  the cause of Mr. Martin's erectile dysfunction at
21  that time?
22      A   Well, that was the time that we did the
23  initial examination and obtained some blood
24  studies -- or advised him to get blood studies in
25  determining if there's other causes for the erectile

**Page 35**

1   dysfunction.
2       Q   And through the course of your treatment,
3   did you, in fact, determine the cause of
4   Mr. Martin's erectile dysfunction?
5       A   I felt it was vascular inflow deficiency.
6   And so that was the working diagnostic cause.
7       Q   And did you make a determination as to the
8   cause of the vascular inflow deficiency?
9       A   The determination was based on the
10  hypertension, the treatment for the hypertension,
11  and the history of smoking. Those were the
12  etiologies that I ascribed to it.
13      Q   What was -- strike that.
14          Was the Yohimbine and Trazodone effective
15  for Mr. Martin?
16      A   You know, I never got a real feedback on
17  that. He went to his primary care physician, and I
18  believe it was -- also, he came back to me. And it
19  could not have been too effective, because that's
20  when we elected to put him on Caverject.
21      Q   Okay. And so he tried the Caverject?
22      A   He did try the Caverject.
23      Q   And was the Caverject effective for him?
24      A   It was effective, but he had side effects
25  from it, and he didn't like it.

**Page 36**

1       Q   What type of side effects did he
2   experience?
3       A   He noticed some curvature on erection that
4   was disconcerting to him. So he really didn't like
5   using it as much as -- that was in '96 and '97.
6   Although, he did use it in '97, and I think he
7   discontinued it after 1997.
8       Q   When Viagra came on the market?
9       A   Yes.
10      Q   You mentioned that he experienced a
11  curvature to the penis that he noticed on erection.
12      A   Uh-huh.
13      Q   Was that Peyronie's disease?
14      A   Well, it was a, yes, a mild form of
15  Peyronie's disease, yes.
16      Q   And had Mr. Martin experienced
17  Peyronie's -- any type of curvature or Peyronie's
18  disease prior to using Caverject?
19      A   Didn't express it to me.
20      Q   And is that a common side effect from
21  Caverject?
22      A   No, it is not, although it can occur. It
23  certainly can.
24      Q   Now, according to your notes of
25  September 29, '98, Mr. Martin had come to you and

**Page 37**

1   was already taking Viagra as of that date, correct?
2       A   That is correct.
3       Q   And you did not prescribe him the Viagra?
4       A   I did not.
5       Q   Did you have any discussions with him
6   about Viagra?
7       A   You know, I didn't really discuss the side
8   effect profile of Viagra. I felt that was -- the
9   physician who prescribed it obviously did that, and
10  so it wasn't -- it was simply informational for me
11  that he was taking the drug.
12      Q   And during the course of your treatment of
13  Mr. Martin, did you ever actually prescribe Viagra
14  for him?
15      A   No, I never did.
16      Q   And did you ever provide him with any
17  samples of Viagra?
18      A   I can't remember, but it's possible. I
19  don't -- I can't say that I did.
20      Q   If you had provided him with samples of
21  Viagra, would you make a note of that in your
22  records?
23      A   You know, I might not have. I might
24  not -- it's possible I would give that without
25  making a note.

10 (Pages 34 to 37)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 38

1    Q   But sitting here today, you don't have any
2  specific recollection of providing him with any
3  samples of Viagra?
4    A   I don't recall that, no.
5    Q   And sitting here today, you don't recall
6  having any discussions with him about any of the
7  risks associated with Viagra?
8    A   That's correct.
9    Q   And to your knowledge, did Mr. Martin
10 discuss that solely, if at all, with Dr. Ferrara?
11   A   With the prescribing physician.
12   Q   And that was Dr. Ferrara?
13   A   I think it was. I mean, that's my
14 recollection.
15   Q   Did you ever talk to Dr. Ferrara about
16 Mr. Martin's use of Viagra?
17   A   Only after -- I believe I talked -- we did
18 talk about it. And that was regarding the time he'd
19 developed side effects. And then he expressed the
20 fact that he had given the patient Viagra and the
21 patient experienced the side effect.
22   Q   And the side effect you're referring to,
23 his --
24   A   His blindness.
25   Q   Okay. And we'll get there in just a

Page 39

1  moment. Prior to the onset of Mr. Martin's
2  blindness, his ischemic optic neuropathy, did he
3  ever complain to you about any other side effects
4  from the Viagra he had experienced?
5    A   No. He never did express any problems
6  with the use of Viagra.
7    Q   Do you know when Mr. Martin stopped using
8  Viagra?
9    A   I think he stopped sometime in -- I think
10 he discontinued its use towards the end of his
11 visits with me. I think that would be close to
12 2007 -- 2007, somewhere in through there. I believe
13 I have a note somewhere that says he no longer feels
14 he needs the drug.
15   Q   Let's go ahead and mark these last three
16 pages. I'm going to give you back your original
17 folder and notes, and we're going to mark this
18 exhibit.
19       (Deposition Exhibit Number 3 was
20       Marked for identification and is
21       Attached herewith.)
22 BY MS. LESKIN:
23   Q   We've marked as Exhibit 3 four pages from
24 your notes. You'll see the first two are those last
25 two medical records we identified. The third page

Page 40

1  is the back folder -- the back page of your -- the
2  front page of your folder, and I believe the fourth
3  page they copied is the back page of your folder,
4  which looks to be copies of his insurance card --
5    A   Yes.
6    Q   -- and some basic demographic data.
7    A   Yes, that is true.
8    Q   Is that accurate?
9    A   That's accurate.
10   Q   And if you look at the first page of
11 Exhibit 3, which is the note dated 10/12/2007 --
12   A   Okay.
13   Q   -- you see you have a note there that he
14 has used Cialis in the past but feels he does not
15 need this any longer.
16   A   That's kind of the note I was referring to
17 where he --
18   Q   Okay.
19   A   -- doesn't use -- and by implication, he
20 didn't use Viagra, either.
21   Q   Did you ever prescribe Mr. Martin Cialis?
22   A   On one occasion, I refilled a prescription
23 for him for Cialis.
24   Q   And when was that?
25   A   Let's see. That had to be August 10 of

Page 41

1  '07.
2    Q   And was that in connection with a visit?
3    A   No. That was simply a phone-in
4  prescription request, and we simply agreed to
5  prescribe it on one occasion -- well, with refills.
6    Q   And had you ever prescribed Cialis for
7  Mr. Martin prior to August of '07?
8    A   No, I did not.
9    Q   Did you ever discuss with Mr. Martin
10 Cialis, his use of Cialis?
11   A   No. He would have been taking -- again,
12 his initial prescription for Cialis was given
13 elsewhere, and I hadn't -- this was just a refill.
14 I didn't discuss Cialis with him.
15   Q   And do you know how long he had been
16 taking Cialis prior to the time that you called in
17 the refill?
18   A   I don't know exactly how long he took it.
19 I think he probably took it for at least six months
20 or so. But I would -- that's an estimate, and I'm
21 not sure if -- I know it was -- I'm not sure who
22 prescribed it for him initially, either. Probably
23 Dr. Ferrara.
24   Q   Did you ever prescribe Levitra for
25 Mr. Martin?

11 (Pages 38 to 41)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 42

1    A   No, I did not.
2    Q   Do you know if he ever took Levitra?
3    A   I'm not aware that he did.
4    Q   In September of 2006, and if you look on
5   Exhibit 1 on page 10, I believe you'll see your note
6   from that date.
7    A   September 2006?  Okay.  Oh, let's see.
8    Q   It's at the top of the page.
9    A   Okay.  I've got September 1.
10   Q   September 21, 2006?
11   A   September 21, uh-huh.
12   Q   You'll see under that entry, you have a
13  line, "patient has continuing ED which he attributes
14  to Viagra."
15   A   Oh, that.  I think that was either a typo
16  or a confused thinking at the time.
17   Q   Okay.  Mr. Martin never attributed his ED
18  to Viagra?
19   A   No.  No.  That's -- I did see that, and I
20  did initial it.  But it was -- that's an inaccurate
21  statement.
22   Q   But as of September 21, he did continue to
23  have erectile dysfunction?
24   A   Yes, he did.
25   Q   And you gave him MUSE to try that day?

Page 43

1    A   Oh, I did give him MUSE, yes.
2    Q   Do you know if he ever used that?
3    A   I'm not aware that he did.
4        MR. GOMEZ:  Lori, I'm sorry.  Can we just
5   take a five-minute break?
6        MS. LESKIN:  Sure.
7        (Break, 9:38 a.m. to 9:44 a.m.)
8        (Deposition Exhibit Number 4 was
9        Marked for identification and is
10       Attached herewith.)
11  BY MS. LESKIN:
12   Q   Back on the record.  Just during the
13  break, we marked as Exhibit 4 the one-page note
14  dated July 29, 1996 from your records.
15   A   I see that.
16   Q   Is that, in fact, the page from your first
17  visit with Mr. Martin?
18   A   That's the page that was missing.  That's
19  true.
20   Q   Now, I think just before the break, we
21  were discussing your prescription of MUSE to
22  Mr. Martin to try in September.
23   A   That's right.
24   Q   What was that.  September of?
25   A   Oh, when was that?

Page 44

1        MS. MCELLISTREM:  2006.
2   BY MS. LESKIN:
3    Q   2006, correct.  Okay.  And did Mr. Martin,
4   to your knowledge, ever, in fact, use the MUSE?
5    A   I don't have any knowledge that he did.  I
6   rather suspect he did not use it.
7    Q   Okay.
8    A   There were never any -- to my knowledge,
9   there were no prescription refills for it and
10  certainly no notes saying that he did use it.
11   Q   And looking -- I'm sorry.
12   A   Go ahead.
13   Q   Looking at the visit dated October 12,
14  2007, on Exhibit 3 that we just referenced before,
15  you noted that -- you note he has used Cialis in the
16  past but feels he does not need this any longer.
17  Was it your understanding that Mr. Martin no longer
18  was suffering from erectile dysfunction as of that
19  date?
20   A   That was the impression I was left with,
21  yes.
22   Q   And have you had any discussions with
23  Mr. Martin since October 2007 as to whether or not
24  he, in fact, still suffers from any erectile
25  dysfunction?

Page 45

1    A   No.  We didn't discuss erectile
2   dysfunction.  To my knowledge, we didn't discuss it
3   again after that.
4    Q   Now, you've mentioned to me that you
5   never, in fact, prescribed Viagra to Mr. Martin.
6    A   That's correct.
7    Q   What was the nature of your treatment of
8   Mr. Martin after those initial visits discussing
9   erectile dysfunction?
10   A   Well, he was treated for multiple things
11  after that.  He was treated for a prostate nodule
12  that we felt, and he was treated for epididymitis,
13  and he was treated for a bladder tumor that we
14  removed.  And he was evaluated on two separate
15  occasions with prostate ultrasound and biopsies for
16  abnormal finding in the prostate gland itself.
17   Q   And were those abnormal findings
18  cancerous?
19   A   They were not cancerous.
20   Q   Okay.
21   A   They were to rule out cancer, and they
22  did.
23   Q   And you mentioned that at some point you
24  learned that Mr. Martin had suffered visual loss,
25  correct?

12 (Pages 42 to 45)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 46

1    A    That would be October 29, 2002.
2    Q    And what -- at the time that you learned
3    Mr. Martin had suffered visual loss in October of
4    2002, what were you told about the event?
5    A    Well, that was when he described the use
6    of a new antihypertensive, which caused vertigo and
7    sudden loss of vision, and was felt to have
8    experienced a vascular occlusion to the optic nerve.
9    And at that point, he was converted to a different
10   antihypertensive.  But the blindness at that point
11   was permanent.
12   Q    And that's your note of October 29, 2002,
13   correct?
14   A    That's correct.
15   Q    And this note is based on information that
16   Mr. Martin provided to you?
17   A    Yes.  That was what he said.
18   Q    And that's what he said to you in October
19   of 2002?
20   A    That's what he said, yes.
21   Q    Okay.  Now, at some point, you wrote, and
22   I'll direct your attention to page 30, which is your
23   note dated December 23, 2005.
24   A    Okay.
25   Q    And you wrote on December 23, 2005,

Page 47

1    patient had blindness felt to be a result of using
2    Viagra in 2002.  This occurred within 24 hours of
3    taking Viagra.
4    A    That's correct.
5    Q    And Mr. Martin told you that information
6    in 2005, correct?
7    A    Yes, he did.  Yeah.
8    Q    Okay.
9    A    Yeah.
10   Q    At the time that he had his vision loss in
11   2002, did you discuss with him whether he had used
12   Viagra at any point in close temporal relationship
13   with the onset of his blindness?
14   A    I really did not.  I knew he was using it
15   about four times a month, and we didn't discuss
16   the -- he expressed the belief that the new
17   antihypertensive caused the blindness, and I simply
18   accepted that.  I don't think I can enlarge on that
19   at all.
20   Q    Did you talk to any of Mr. Martin's other
21   physicians in 2002 about his loss of vision?
22   A    I think it was sometime after 2002 that I
23   talked to Dr. Ferrara about the blindness and the
24   Viagra.
25   Q    Okay.  And would that have been before or

Page 48

1    after December of 2005?
2    A    Probably was after 2005.
3    Q    After the note of December 2005?
4    A    Five.  Yes.
5    Q    What do you recall, if anything, about the
6    conversation you had with Mr. Martin on December 23,
7    2005, specifically regarding his use of Viagra and
8    blindness?
9    A    He reported that belief to me, that his
10   strong feeling at that point was that the Viagra
11   caused the blindness.  I simply recorded it and
12   didn't say anything more about it because it was
13   history, and I didn't feel there was any virtue in
14   discussing it any further.
15   Q    Did Mr. Martin tell you why he believed
16   that Viagra had caused his blindness?
17   A    Because it was in close proximity to the
18   taking of the drug.  He took the drug the night
19   before, and the next morning he woke up with
20   blindness.  And that's what made him convinced that
21   the Viagra caused the blindness.
22   Q    And that's what he reported to you in
23   December of 2005?
24   A    That's correct.
25   Q    Did he provide you any articles or

Page 49

1    literature regarding Viagra and blindness at that
2    point in time?
3    A    No, he didn't give me any articles.  I
4    wasn't aware that he did any research on it at all.
5    In fact, he couldn't read, so he couldn't give me --
6    Q    Did he provide you with any reason other
7    than the temporal association as to how he had come
8    to believe that it was Viagra that caused his
9    blindness?
10   A    He didn't give me any additional
11   information.  I think he certainly did discuss it --
12   he obviously discussed it with Dr. Ferrara, and I'm
13   sure they had discussions back and forth.
14   Q    And you told me that some point after
15   December 23, 2005, you, in fact, spoke to
16   Dr. Ferrara about the Viagra?
17   A    Yes.
18   Q    And Mr. Martin's vision?
19   A    Yes, I did.
20   Q    What do you recall about that
21   conversation?
22   A    The recollection I have of that
23   conversation is that Dr. Ferrara called me and told
24   me that this is the only patient he's ever had who
25   he prescribed Viagra to that developed blindness.

13 (Pages 46 to 49)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 50

1  That was the extent of the conversation.
2     Q   Did Dr. Ferrara tell you whether he
3  believed that Viagra had caused Mr. Martin's
4  blindness?
5     A   His implication was that he believed it.
6  I mean, he expressed the belief that the Viagra did
7  cause the blindness.
8     Q   Are you familiar with a condition called
9  Nonarteritic ischemic optic neuropathy?
10    A   Yes, I am.
11    Q   Prior to this case, were you familiar with
12  nonarteritic ischemic optic neuropathy?
13    A   Yes, I was.  And that's what we would
14  discuss with patients, if they were prescribed
15  Viagra, then I would discuss that condition with
16  them.
17    Q   What is your understanding -- strike that.
18       You're aware that ischemic optic
19  neuropathy existed before Viagra was on the market,
20  correct?
21    A   Yes, that's correct.
22    Q   And what was your understanding as to the
23  risk factors for nonarteritic ischemic optic
24  neuropathy?
25    A   Well --

Page 51

1       MR. GOMEZ:  Objection to the answer.
2       THE WITNESS:  Can I answer it?
3  BY MS. LESKIN:
4     Q   Uh-huh.
5       MS. MCELLISTREM:  Yes.
6       THE WITNESS:  Multiple factors.  That
7    would be usually vasculopaths, people who have
8    hypertension, take antihypertensives, people
9    who smoke, people who have diabetes, and some
10   people who don't have these particular risk
11   factors that just have an optic change that is
12   more subject to developing blindness.
13  BY MS. LESKIN:
14    Q   Would you agree with me that men who have
15  erectile dysfunction are at risk for ischemic optic
16  neuropathy because of the underlying medical
17  condition?
18    A   Run that by me again.
19    Q   Sure.  Let me ask it this way.  Would you
20  agree with me that erectile dysfunction and
21  nonarteritic ischemic optic neuropathy share some of
22  the same risk factors?
23    A   Yes, they do.
24    Q   And men who have erectile dysfunction are
25  at risk of developing ischemic optic neuropathy

Page 52

1  because of those underlying risk factors?
2     A   Yes, that's true.
3     Q   You told me earlier about the discussions
4  you generally have with your patients about the
5  reports of ischemic optic neuropathy in men taking
6  Viagra.
7     A   True.
8     Q   And I believe you told me that the
9  etiology has not been proven?
10    A   Well, that's -- yes.  That's my
11  understanding.
12    Q   Okay.  And so let me ask you this.  Do you
13  have an opinion -- during the course of your
14  treatment of Mr. Martin, did you form an opinion to
15  a reasonable degree of medical certainty as to
16  whether Viagra caused Mr. Martin's visual loss?
17    A   Well, I think it was a factor -- I mean,
18  my opinion would be that it's a factor in the
19  causation of his optic neuropathy.  He certainly has
20  these vascular problems that could lead to optic
21  neuropathy, and antihypertensives will cause marked
22  lowering of blood pressure at times.  But usually,
23  that doesn't cause ischemic optic neuropathy by
24  itself.  There has to be some other precipitating
25  etiology as a rule.  And that could be the Viagra,

Page 53

1  which could combine with the antihypertensive to
2  cause decreased blood flow to the optic nerve.
3     Q   And when you say could cause, do you think
4  it's more likely than not that it did cause, or is
5  it just possible that it caused?
6     A   It's a possibility.  It certainly is
7  not -- I don't think that -- I think you have to --
8  I would have to give the patient this information
9  and let the patient make the decision as to whether
10  he wants to take that risk.
11    Q   Okay.  But focusing on the causation
12  question for Mr. Martin, I guess I just want to go
13  back to understand, is it your opinion to a
14  reasonable degree of medical certainty that Viagra
15  caused Mr. Martin's visual loss?
16    A   Well, I don't think it was the sole cause,
17  but I think that it certainly is likely that it
18  contributed to the development of the blindness.
19  But it certainly wasn't the sole cause.
20    Q   And what do you base that on?
21    A   Well, the fact that he took a -- let's
22  see.  That the Viagra caused, you mean, the
23  blindness or --
24    Q   Yes.
25    A   -- helped -- contributed in the cause of

14 (Pages 50 to 53)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 54

1  the blindness?
2      Q   Yes.
3      A   Well, just on the literature review, that
4  indicates that Viagra certainly can be contributory
5  in producing blindness.
6      Q   Anything else?
7      A   That would probably be the biggest reason
8  for --
9      Q   What literature did you review that
10 supports your view that Viagra could have
11 contributed to Mr. Martin's blindness?
12     A   Well, several articles that I brought
13 along with me if you want those.
14     Q   Yes, please.
15     A   These are the copies of the articles.
16     Q   Okay.
17   . A   And they're difficult to -- if you look at
18 that first page on the first article -- on the
19 article that you have there --
20     Q   That's the article by Dr. Fraunfelder,
21 Pomeranz, and Egan.
22     A   Yes.
23     Q   The editorial entitled nonarteritic
24 Anterior Ischemia Optic Neuropathy and --
25     A   Yes.

Page 55

1      Q    -- Sildenafil?
2      A   Yes.  And you'll see there on the top of
3  the second column, there's a sentence that says,
4  "Hayreh and others suggest that nocturnal arterial
5  hypotension may play a role in ischemic optic
6  neuropathy.  Patients who are vasculopathic and
7  taking hypotensive medications, i.e. blood pressure
8  medications or phosphodiesterase inhibitors such as
9  sildenafil may be at increased risk for NAION due to
10 nocturnal hypotension."  So that's probably one of
11 the -- however, if you look at the first column
12 down, on the second paragraph, where it says about
13 four lines down, it says, "However, this
14 classification also allows that a concurrent disease
15 or the ingestion of other drugs or chemicals could
16 cause NAION.  I shouldn't say also, but could cause
17 NAION."  So there was an association between
18 sildenafil and NAION as possible according to the
19 World Health Organization criteria.
20     Q   And that's to be distinguished from
21 probable, correct?
22         MR. GOMEZ:  Objection to form.
23         THE WITNESS:  That's true.
24 BY MS. LESKIN:
25     Q   And if you look at the right-hand column,

Page 56

1  the first -- the second paragraph, the first -- the
2  one that starts on the second column, it says,
3  "Despite the above, a well-researched explanation as
4  to how sildenafil therapy could cause NAION does not
5  exist."
6      A   That is so true.
7      Q   And the next paragraph down says, "Until
8  an animal model or scientific study reveals a
9  biological basis for NAION caused by treatment with
10 sildenafil, most of the case reports of NAION
11 related to this drug may be an expected coincidence
12 as sildenafil is a top-selling medication and
13 patients who receive this drug are frequently older,
14 vasculopathic, and already at risk for NAION."
15     A   That's correct.
16     Q   Okay.  And you agree with that as well,
17 correct?
18     A   I do.  I do.  You might, though, also
19 refer to the article that is labeled a circle with a
20 circled three.  The second -- the third article
21 down.
22     Q   That's the paper by Sidney Wolfe?
23     A   Yes.
24     Q   There have been inadequate warnings that
25 erectile dysfunction drugs can cause blindness?

Page 57

1      A   Yes.
2      Q   Okay.
3      A   And the second paragraph down they did --
4  for Viagra there -- approximately -- well, perhaps
5  before I get to that, you have to say to test this
6  thesis that Viagra could cause NAION, they checked a
7  million prescriptions filled, comparing them with
8  Lipitor for the same class of individual compared to
9  Viagra.  And for Viagra, there were 18 times more
10 reports of NAION per million prescriptions than for
11 Lipitor, and for Cialis 25 times more reports.  The
12 other one that is noteworthy is that further
13 evidence of causation can be seen in a case report
14 in which one patient using Cialis suffered
15 reversible visual field defects within two hours
16 after taking four sequential diagnoses of Cialis and
17 suffered permanent loss of vision shortly after the
18 fifth dose.
19     Q   You'll see the note further down that
20 paragraph that Dr. Pomeranz joined in Dr. Wolfe's
21 petition to the FDA to change the labeling for these
22 medications, correct?  Do you see that note?
23     A   Let's see.  Where do you see that?
24     Q   Further down the paragraph.
25     A   Oh, has joined in the petition, yes.

15 (Pages 54 to 57)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 58

1   Rapid response is -- okay.
2       Q   Do you know who Dr. Pomerantz is?
3       A   I honestly don't.
4       Q   You'll see he's also a co-author on that
5   first article you referred us to --
6       A   Yes.
7       Q   -- with Dr. Fraunfelder.
8       A   Yes.
9       Q   Do you see that?
10      A   I do see that, yes.
11      Q   Are you aware that Dr. Pomerantz has
12  testified in this litigation?
13      A   I was not aware of that.
14      Q   Are you aware that Dr. Pomerantz said that
15  it's not his opinion that Viagra can cause NAION?
16          MR. GOMEZ: Objection.
17          THE WITNESS: Oh, I was not aware of that.
18  BY MS. LESKIN:
19      Q   Does that affect your opinion?
20      A   I don't think it changes this article that
21  is reported. I think this is a pretty objective
22  article that -- his opinion is certainly his
23  opinion. But I wouldn't -- it doesn't officiate
24  this article.
25      Q   Have you looked at any of the clinical

Page 59

1   studies that Pfizer did on Viagra?
2       A   You know, I did see that one study that
3   they did in England, in the UK, and I read it, and I
4   didn't -- I meant to keep -- save that article. But
5   in the process of retiring, I simply lost that
6   article. But it was actually a good article, and I
7   appreciated it.
8       Q   And what's your understanding as to the
9   conclusions from that article?
10      A   Well, it was a fairly large study, and I
11  can't remember the exact number of people that it
12  was done on. I would guess it was in the 300,000
13  number of patients. But you would know probably
14  better. But in that article, they said there was no
15  relation -- no difference between people taking
16  Viagra and those not taking Viagra as to the
17  incidence of NAION.
18      Q   Have you looked at any other
19  epidemiological studies that have been published
20  regarding Viagra and NAION?
21      A   I've seen others, but, you know, I never
22  did save them. I just -- these are the only ones I
23  did save.
24      Q   Have you looked at any of the studies
25  measuring blood flow to the optic nerve after

Page 60

1   patients have taken Viagra?
2       A   Well, these were reported in this article,
3   the Journal of Ophthalmology reported on PDE5
4   inhibitors that do increase the nitric oxide of the
5   eye and reduces the blood flow to the optic nerve.
6       Q   Which article is that?
7       A   Let's see if I can find that note. I
8   think that would be article number 4, Viagra Surgery
9   Anesthesia Dangerous Cocktail with Risk of
10  Blindness.
11      Q   That's the article by Fodale?
12      A   Fodale, De Pietro and Santamaria. It has
13  been theorized that sildenafil works through the
14  nitric oxide cyclic GMP pathway. May alter the
15  perfusion of the optic nerve head by modifying
16  nitric oxide levels. In fact, the drug increases
17  nitric oxide levels, which, in turn, cause reduced
18  perfusion. He makes reference to a Journal of
19  Ophthalmology in 2006.
20      Q   And that's a paper by McGwin, correct?
21      A   McGwin, correct.
22      Q   Did you look at the McGwin paper?
23      A   I did not.
24      Q   Are you aware that's an epidemiological
25  study and not a study of blood flow?

Page 61

1       A   I obviously don't know that because I
2   didn't look at it.
3       Q   Have you looked at any studies that show
4   that Viagra does, in fact, have an effect on nitric
5   oxide?
6       A   Just this article.
7       Q   And have you looked at any of the studies
8   that actually did look at blood flow to the optic
9   nerve -- or to the eye following use of Viagra?
10      A   No. Just this article is the only -- this
11  is the only article that I have that references
12  that.
13      Q   So you haven't looked at any of the
14  articles that report that Viagra has no effect or,
15  in fact, increases blood flow to the eye?
16      A   No. I haven't seen any studies that show
17  that.
18      Q   Would those studies be relevant to your
19  opinion?
20      A   Yes, they would.
21      Q   And if, in fact, they showed that Viagra
22  either had no effect or increased blood flow to the
23  eye, how would that affect your opinion?
24      A   It's still an open -- it's an open study
25  because -- it still wouldn't -- I don't think it

16 (Pages 58 to 61)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 62

1  would change my opinion because of the clinical
2  studies, the case reports that -- this one
3  particular case report is pretty striking.  And
4  there have been other case reports of blindness
5  after -- of challenge and dechallenge with Viagra
6  causing -- or being associated with blindness or
7  visual defects.
8      Q   What case report are you referring to that
9  is a challenge/rechallenge associated with Viagra?
10     A   Well, I think it's reported -- this is the
11  one study in -- the Pomeranz study is one case of
12  challenge.
13     Q   Where is that?  Which article?
14     A   The study we described, you know, where
15  they rechallenge the patient with Cialis.
16     Q   With Cialis?
17     A   Oh, okay.  Correct.  And then, let's see.
18  It's in here somewhere, I just -- (Searching
19  articles.) -- I did read it in one of these
20  articles, but I'm not finding it right at the
21  moment.
22     Q   You read in one of the articles about a
23  challenge/rechallenge involving Viagra?  Is that
24  what you're saying?
25     A   "The remaining 43 cases do not include

Page 63

1  information on dechallenge or rechallenge.  From
2  available data, it appears that NAION was reported
3  after both single (one-time) and multiple doses of
4  sildenafil."  That was in the first article -- first
5  article by Fraunfelder.
6      Q   Right.  But that article does not report
7  any challenge/rechallenge case on sildenafil,
8  correct?
9      A   That's true.
10     Q   And sildenafil is the chemical name for
11  Viagra, right?
12     A   That's correct.
13     Q   Do you have any of the articles that you
14  have -- let's mark this as an exhibit if we can.
15     A   Sure.
16         (Deposition Exhibit Number 5 was
17         Marked for identification and is
18         Attached herewith.)
19  BY MS. LESKIN:
20     Q   We've marked as Exhibit 5 the collection
21  of articles that you've provided us with today which
22  are --
23     A   The article does say that "NAION was
24  reported after both single and multiple doses of
25  sildenafil."

Page 64

1      Q   But not as a challenge/rechallenge,
2  correct?
3      A   Let's see.  "Forty-one patients recovered
4  with sequelae (positive dechallenge) indicating that
5  NAION improved when sildenafil therapy was
6  discontinued."  That's up above the --
7      Q   Right.  That's not a rechallenge though,
8  correct?
9      A   Positive dechallenge.  That's true.
10  That's dechallenge.
11     Q   And, in fact, those cases do not appear to
12  be -- strike that.
13         Just for the record, we've marked as
14  Exhibit 5 a collection of five articles that
15  Dr. McEllistrem has provided us with today.  And
16  that includes Dr. Fraunfelder, et al., Nonarteritic
17  Anterior Ischemic Optic Neuropathy and Sildenafil;
18  archives of Ophthalmology, May 2006; Akash, et al.,
19  Case report:  Association of combined nonarteritic
20  anterior ischemic optic neuropathy, NAION; an
21  obstruction of cilioretinal artery with overdose of
22  Viagra, Journal of Ocular Pharmacology and
23  Therapeutics 2005; Sidney Wolfe, There have been
24  inadequate warnings that erectile dysfunction drugs
25  can cause blindness, which is not a published

Page 65

1  article, correct?
2      A   That's correct.
3      Q   Viagra, surgery, and anesthesia, a
4  dangerous cocktail with a risk of blindness,
5  V. Fodale, et al., Medical hypotheses 2007; an
6  excerpt from Microdex, Drugdex, 2006.  Right?  Those
7  are the five articles you provided?
8      A   Those are the ones, yes.
9      Q   Have you conducted any clinical placebo
10  controlled studies on Viagra and ischemic optic
11  neuropathy?
12     A   I have not.
13     Q   Have you reviewed any placebo controlled
14  studies looking at Viagra and ischemic optic
15  neuropathy?
16     A   Well, the one that was produced by Pfizer
17  from the UK.
18         (Deposition Exhibit Number 6 was
19         Marked for identification and is
20         Attached herewith.)
21  BY MS. LESKIN:
22     Q   Marking as Exhibit 6 an article entitled
23  Gorkin, et al., Sildenafil Citrate Use and the
24  Incidence of Nonarteritic Anterior Ischemic Optic
25  Neuropathy 2006.  Is this the article you're

17 (Pages 62 to 65)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 66

1  referring to?
2      A  This must be the -- based on a clinical
3  trial dated more than 13,000 men and on more than
4  30,000 patient years of observation.  This looks
5  like the study.
6      Q  Okay.  And is the conclusion reached by
7  this analysis, reading from the summary at the top
8  of the page, is that the data cited herein do not
9  suggest an increased incidence of NAION in patients
10  who took sildenafil for a day, correct?
11      A  That's correct.
12      Q  Are there any other epidemiological
13  studies that you've reviewed?
14      A  No, there are none.
15      (Deposition Exhibit Number 7 was
16      Marked for identification and is
17      Attached herewith.)
18  BY MS. LESKIN:
19      Q  We've marked as Exhibit 7 an article by
20  Dr. McGwin, et al., entitled Nonarteritic Anterior
21  Ischemic Optic Neuropathy and the Treatment of
22  Erectile Dysfunction from the British Journal of
23  Ophthalmology 2006.  And that was referred to
24  earlier as one of the footnotes in the article you
25  referred us to, right?

Page 67

1      A  All true.
2      Q  And you'll see this is an epidemiological
3  case control study, correct?
4      A  It's a retrospective case control study.
5  Yes.
6      Q  And if you look at the results paragraph,
7  it says, overall, males with NAION were no more
8  likely to report a history of Viagra or Cialis use
9  compared to similarly aged controls.  Do you see
10  that?
11      A  I see that.
12      Q  Even though it does report a statistically
13  significant association for men with a history of
14  myocardial infarction and an association for men
15  with a history of hypertension that lacks
16  statistical significance?
17      MR. GOMEZ:  Objection to form.
18  BY MS. LESKIN:
19      Q  Right?  That's what the author reports?
20      A  Yeah, I see that -- yeah, I do see that.
21      Q  And if you look at the left column on that
22  first page, that middle paragraph --
23      A  Uh-huh.
24      Q  -- about halfway through, it says,
25  "However, the mechanism by which these medications

Page 68

1  might damage the optic nerve is not as well
2  understood.  It has been theorized that sildenafil,
3  which works through the nitric oxide-cyclic GMP
4  pathway, may alter the perfusion of the optic nerve
5  head by modifying nitric oxide levels."
6      A  Yes, I see that.  And it also gives
7  reference to another article by Pomeranz --
8      Q  Right.
9      A  -- in the Journal of Ophthalmology in
10  2002.
11      Q  Right.  But McGwin doesn't, in fact, do
12  any research as to whether Viagra has an effect on
13  the nitric oxide-cyclic GMP pathway or perfusion to
14  the optic nerve.
15      MR. GOMEZ:  Objection to form.
16  BY MS. LESKIN:
17      Q  Is that fair to say?
18      A  Well, it's not obvious in this article, at
19  least if we were to look at this article.
20      Q  Have you done any research as to whether
21  Viagra affects perfusion to the optic nerve?
22      A  No, I have not.
23      Q  Have you done any research as to whether
24  Viagra affects nitric oxide levels in the optic
25  nerve?

Page 69

1      A  No, I have not.
2      Q  Have you read any studies that
3  specifically look at the effect of Viagra on the
4  nitric oxide levels in the optic nerve?
5      A  No, I have not.  None others than these
6  presented.
7      Q  Okay.
8      (Deposition Exhibit Number 8 was
9      Marked for identification and is
10      Attached herewith.)
11  BY MS. LESKIN:
12      Q  We've marked as Exhibit 8 a copy of the
13  Viagra label.  If you look at the last page, you'll
14  see that says as of October 2007.
15      A  Let's see.  October 2007, yeah.
16      Q  Okay.  Earlier, we looked at the label
17  from 1999 that discussed reports of heart attack,
18  correct?
19      A  We saw that, right.  Yes, I did see that.
20      Q  And if you look at page 21 of Exhibit 8,
21  you'll see that same paragraph again regarding
22  cardiovascular events reported in connection with
23  Viagra, right?
24      A  I see that, uh-huh.
25      Q  If you turn the page, you'll see in the

18 (Pages 66 to 69)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

---

Page 70

1  middle of the page there under "Special Senses,"
2  there's a paragraph that reads, "Non-arteritic
3  anterior ischemic optic neuropathy (NAION), a cause
4  of decreased vision including permanent loss of
5  vision, has been reported rarely post-marketing in
6  temporal association with the use phosphodiesterase
7  Type 5 (PDE5) inhibitors, including VIAGRA. Most,
8  but not all, of these patients had underlying
9  anatomic or vascular risk factors for developing
10  NAION, including but not necessarily limited to:
11  low cup to disc ratio ("crowded disc"), age over 50,
12  diabetes, hypertension, coronary artery disease,
13  hyperlipidemia and smoking. It is not possible to
14  determine whether these events are related directly
15  to the use of PDE5 inhibitors, to the patient's
16  underlying vascular risk factors or anatomical
17  defects, to a combination of these factors, or to
18  other factors." Do you see that paragraph?
19    A  I do see that paragraph.
20    Q  And that's a true statement, correct?
21    A  That's correct.
22    Q  And you would agree with that paragraph?
23    A  I would agree.
24    MS. LESKIN: I have nothing further.
25    EXAMINATION

---

Page 71

1  BY MR. GOMEZ:
2    Q  Doctor, you would agree with me that there
3  could -- strike that.
4    Let me introduce myself. My name is Chris
5  Gomez. I'm here on behalf of Mr. Martin.
6    Just so I'm clear and the jury
7  understands, there can be more than one cause for a
8  medical event. Do you agree with that?
9    A  I do.
10    Q  Now, after -- it's my understanding that
11  you gave an opinion to a reasonable degree of
12  medical certainty that Mr. Martin's ingestion of
13  Viagra was a cause, not the cause, but a cause of
14  his NAION, correct?
15    A  That's correct.
16    Q  And after all the articles that Ms. Leskin
17  showed you, you still keep that opinion, correct?
18    A  I do.
19    Q  I want to just back up a little bit.
20  Earlier on in your testimony, you talked about when
21  you -- back in 2000, you talked about prescribing --
22  or talking about the risk factors of Viagra
23  including potential blindness with your patients.
24  Do you remember talking about that?
25    A  Yes. I remember that.

---

Page 72

1    Q  My question to you is this -- well, strike
2  that.
3    It's my understanding that some patients
4  when told that decide not to take the drug, correct?
5    A  That's true.
6    Q  Are you sure the time frame of the year
7  2000, or is that a speculation on your part?
8    A  That's speculation.
9    MS. LESKIN: Objection.
10    MR. GOMEZ: I just want to take a look at
11  my notes, Doctor. I don't want to take much
12  more of your time.
13    Doctor, that's all the questions I have.
14    THE WITNESS: Okay.
15    MS. LESKIN: I just have one other
16  question for you.
17    EXAMINATION
18  BY MS. LESKIN:
19    Q  You're not an ophthalmologist, correct?
20    A  That's correct.
21    Q  And you're not a neuro-ophthalmologist?
22    A  That's correct.
23    Q  Is it fair to say that the treatment and
24  diagnosis of eye problems is not your area of
25  specialty?

---

Page 73

1    A  That's true.
2    Q  And you would defer to an ophthalmologist
3  to treat and care for someone's visual problems?
4    A  Yes, I would.
5    Q  And you would defer to a
6  neuro-ophthalmologist or an ophthalmologist to
7  diagnose a person's visual problems?
8    A  I would.
9    MS. LESKIN: Thank you.
10    MS. MCELLISTREM: Read and sign.
11    MS. LESKIN: Thank you very much.
12    THE WITNESS: Thank you.
13    (Deposition concluded at 10:29 p.m.)
14    **********
15
16
17
18
19
20
21
22
23
24
25

---

19 (Pages 70 to 73)

4852899d-042c-4981-a988-ca711874c91e

Gerald McEllistrem, M.D.   10/7/2008
In Re: Viagra Products Liability Litigation

Page 74

```
 1        REPORTER'S CERTIFICATE
 2
 3  STATE OF MINNESOTA)
               ) ss.
 4  COUNTY OF HENNEPIN)
 5      I hereby certify that I reported the
    deposition of GERALD MCELLISTREM, M.D., on the 7th
 6  day of October, 2008, in Minneapolis, Minnesota, and
    that the witness was by me first duly sworn to tell
 7  the whole truth;
 8      That the testimony was transcribed by me and
    is a true record of the testimony of the witness;
 9
        That the cost of the original has been
10  charged to the party who noticed the deposition, and
    that all parties who ordered copies have been
11  charged at the same rate for such copies;
12      That I am not a relative or employee or
    attorney or counsel of any of the parties, or a
13  relative or employee of such attorney or counsel;
14      That I am not financially interested in the
    action and have no contract with the parties,
15  attorneys, or persons with an interest in the action
    that affects or has a substantial tendency to affect
16  my impartiality;
17      That the right to read and sign the
    deposition by the witness was reserved.
18
        WITNESS MY HAND AND SEAL, this 22nd day of
19  October, 2008.
20

21  Lori L. Morrow, RPR, CRR, CLR
    Notary Public, Hennepin County, Minnesota
22  My commission expires:  January 31, 2010
23
24
25
```

20  (Page 74)

4852899d-042c-4981-a988-ca711874c91e