UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE:  VIAGRA PRODUCTS
LIABILITY LITIGATION

MDL No. 1724
Judge Paul A. Magnuson

This document pertains to:
ALL CASES

### EXPERT REPORT OF GERALD McGWIN, JR., MS, PhD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B)

**Expert Witness Report of Gerald McGwin, Jr., M.S., Ph.D.**

## I. Personal Information

My name is Gerald McGwin and I am currently an associate professor in the Department of Epidemiology at the University of Alabama at Birmingham School of Public Health where I also serve as the Director of the Ph.D. program. I have secondary appointments in the Departments of Ophthalmology and Surgery at the University of Alabama at Birmingham School of Medicine. I received an M.S. degree in Health and Social Behavior from Harvard University in 1995 and a Ph.D. degree in epidemiology from the University of Alabama at Birmingham in 1998.

My research interests include injury epidemiology and ophthalmic epidemiology though I also work in the areas of systemic lupus erythematosus and epidemiologic methods. I regularly present the results of my research at other institutions and at national epidemiology, ophthalmology and trauma care meetings. I am being compensated at a rate of $200 per hour for reading and evaluating the material associated with this case, $300 per hour for data collection and management activities, and $400 per hour for statistical analyses.

I have not testified as an expert at trial or by deposition within the preceding four years.

Since 1998 I have authored or co-authored over 200 peer reviewed manuscripts. I am an Associate Editor for the *American Journal of Epidemiology* and regularly review manuscripts for over a dozen clinical, public health and epidemiology journals.

I serve as a grant reviewer for the National Institutes of Health among other local, national and international organizations.

I currently teach three courses a year, two of which are Ph.D. level courses focused on the design and analysis of case-control and cohort studies; I also teach an introductory course on the principles of epidemiology.

A copy of my curriculum is attached and provides greater detail on my professional experience.

## II. Epidemiology and Causality

Prior to addressing the issue at hand, it is first important to define epidemiology and discuss how it can and cannot provide evidence of cause and effect relationships.

Epidemiology is the study of the distribution and determinants of diseases in populations. Epidemiology can be descriptive, for example, quantifying the rate of lung cancer in a defined population or it can be etiologic, investigating characteristics risk factors for lung cancer. Epidemiologists collect information on disease occurrence (or lack thereof) and potential risk factors of interest (often called exposures) using a variety of valid, reliable, and reproducible techniques. How and which of these techniques are employed is governed by the application of

specific study designs in conjunction with careful consideration of the disease in question, specifically issues related to natural history. Specific hypotheses of interest are tested using statistics that are selected and applied with consideration of the specific study design being utilized. Though diverse, nearly all such statistical analyses have a common goal of quantifying the existence of an association between a specific risk factor and disease. However, the interpretation of a quantified exposure-disease relationship must be done in light of any potential threats to a study's validity. Flaws in a study's design or analysis can introduce specific biases that can obscure a relationship when one truly exists and vice versa.

Epidemiology is an observational science, thus even devoid of threats to validity it cannot prove (or disprove) causality. Establishing whether a hypothesized exposure-disease association reflects a true cause-effect relationship requires a diversity of information and the results of epidemiologic studies represent one, albeit important, such element. The criteria frequently used to determine whether the available information supports or refutes causality were described by Sir Austin Bradford Hill in 1965. The application of Hill's nine criteria or tenets serve as a benchmark against which scientific and common sense evidence are measured; the result being a judgment as to whether a particular exposure-disease relationship is indeed causal.

## II. Sildenafil Citrate (Viagra) and Nonarteritic Anterior Ischemic Optic Neuropathy (NAION): A Causal Relationship?

Hill's criteria will be used to provide perspective on the etiology of NAION as it pertains to the use of Viagra. The discussion below will focus primarily on the published, peer-review epidemiologic and clinical evidence regarding this relationship.

### II.a. Strength of Association: In epidemiologic studies strength of association is quantified using a variety of measures that, as mentioned above, are related to the specific epidemiologic study design being used. In general, these measures quantify the risk or rate of disease among those with a particular exposure compared to the risk (or rate) among those without the exposure. In contrast certain study designs compare the odds of exposure among those with and without the disease in question. With respect to the association between Viagra and NAION, there have been two published, peer-reviewed studies. McGwin et al. conducted a matched case-control study and reported an odds ratio (OR) of 1.75 with a 95% confidence interval (CI) of 0.48 to 6.30. Thus, the odds of Viagra use were 75% greater among men with NAION compared to age-matched controls. The authors also reported an OR of 10.7 for men who reported Viagra use and a history of myocardial infarction (MI) and an OR of 6.9 for men who reported Viagra use and a history of hypertension. More recently Margo et al. reported a relative risk of nonarteritic ischemic optic neuropathy (NION) and possible NION for men prescribed phosphodiesterase (PDE)-5 inhibitors of 1.10 (NION RR 1.02; possible NION 1.34). Thus, men who were dispensed PDE-5 inhibitors were 10% more likely to have a diagnosis or possible diagnosis of NION compared to those who had not been dispensed these medications.

**II.b. Consistency with Other Knowledge:** Consistency refers to the fact that despite differences in study design and/or study population, there is uniformity across study results. The published, peer-reviewed studies on the association between Viagra and NAION are consistent demonstrating an overall increased risk of between 10- and 75-percent. The consistency of the stronger associations among those with a history of myocardial infarction (MI) or hypertension observed in the McGwin et al. study cannot be evaluated because no such studies have evaluated this relationship to date.

**II.c. Specificity:** Specificity refers to an association being limited to a particular exposure-disease relationship. This criterion is not considered necessary by epidemiologists in recognition of the fact that most, if not all, diseases are multi-factorial. And while the epidemiology of NAION is not well developed, a number of hypothesized risk factors have been suggested, though none have been associated with the disease in a conclusive manner.

**II.d. Temporal Relationship:** In order for a given exposure to be causally related to a given disease, it must be demonstrated that the exposure preceded the disease. In the McGwin et al. study the authors only evaluated Viagra use that occurred prior to NAION diagnosis date; however, due to the study design such a temporal relationship could not be evaluated in the Margo et al. study.

In the field of epidemiology, there is a hierarchy of study designs with cohort studies generally considered to provide more substantial evidence for an association than cross-sectional studies. At the bottom of this hierarchy are case-reports and series, reflecting their inability to test scientific hypotheses. However, such reports can provide important insight into the etiology of a hypothesized exposure-disease relationship. There have been a number of published case-reports and -series of NAION occurring soon (i.e., minutes to hours) after the use of Viagra. While these cases cannot be definitively linked to Viagra use nor do they provide a quantifiable measure of disease risk associated with Viagra use, they shed light on the issue of temporality that must be considered in conjunction with other epidemiologic research. In fact, the Pfizer documentation, it is stated that, based upon such case reports and series, an association between Viagra and NAION cannot be fully or totally ruled out.

**II.e. Biological Gradient:** This criterion refers to a dose-response relationship, that is, the more intense of the exposure, the greater the risk of disease. As with specificity, this criterion makes an important assumption as to the etiology of the exposure-disease relationship in question. Indeed, there are several well-documented exposure-disease relationships wherein such dose-response relationships do not exist. Thus, a dose-response relationship is not necessary to infer causation. That being said, the epidemiologic research to date has not evaluated the issue of dose-response.

**II.f. Biologic Plausibility:** That an exposure-disease relationship can, for example, be consistently documented in numerous epidemiologic studies is important; however, it is equally important that such a relationship be biologically plausible. It is important to note

3

that observations reported in epidemiologic studies have not always had a biologic rationale at the time they were reported, yet were subsequently shown to be correct.

With respect to Viagra's potential impact on the eye, visual adverse events have been reported in Viagra clinical trials. However, these were reported to be transient effects and uncommon. With respect to the specific association between Viagra and NAION, there are several plausible mechanisms that support this relationship, including hypo-perfusion and compartment syndrome. With respect to the former, Viagra has a mild systemic hypotensive effect and, in some at risk individuals, this could reduce perfusion of the optic nerve head resulting in ischemia and ultimately NAION. The mild vasodilatation of ocular blood vessels associated with Viagra could cause optic nerve fiber crowding thereby impacting blood flow to the optic nerve resulting in a compartment syndrome. A number of other potential mechanisms have also been discussed.

**II.g. Biologic Coherence:** This refers to the fact that the cause and effect interpretation should not seriously conflict with the generally known facts regarding the natural history and biology of the disease. With respect to the peer-reviewed, published epidemiologic evidence, there is no conflict in this regard.

**II.h. Experimental Evidence:** There is no direct experimental evidence regarding the association between Viagra and NAION in the form of human clinical trials or laboratory experiments involving animals.

**II.i. Analogy:** Analogy refers to the situation wherein there are other, similar, known relationships. There have been case-reports of the occurrence of NAION following the use of tadalafil (Cialis), another PDE-5 inhibitor and McGwin et al. reported an OR of 1.82 for the association between Cialis use and NAION.

## III. Sildenafil Citrate (Viagra) and Nonarteritic Anterior Ischemic Optic Neuropathy (NAION): Additional Considerations

Pfizer has taken a particular stance regarding the association between Viagra and NAION; specifically, that there is no increased incidence of NAION in men who took Viagra for the treatment of erectile dysfunction (ED). Their expert reviewers have provided a broader conclusion; that is, there does not appear to be any evidence to suggest an association between sildenafil therapy and NAION. Moreover, though the FDA has recommended that Pfizer conduct a case-control study on this association, the company has concluded that study an endeavor would be infeasible. They further conclude that the results of such a study would not contribute additional understanding beyond what it is already known. They have provided a variety of evidence in support of their position regarding the current state of knowledge on the association between Viagra and NAION as well as their willingness to pursue epidemiologic studies on the topic. Thus, it is important to review this evidence.

**III.a. Results from Pfizer-sponsored Research:** According to Pfizer documentation and a recently published manuscript, a review of 103 double-blind or open-label trials of

Viagra conducted between 1993 and 2003, revealed no cases of NAION. This data represents over 13,400 men with ED and 13,300 patient years of observation.

Additionally, based upon data from the International Men's Health Study (IMHS), no cases of NAION were observed among 3,813 men during 2,935 patient-years of follow-up.

And finally, in a study conducted in the United Kingdom (i.e., the PEM study) one case of NAION was observed among 28,074 patients during 35,500 patient years of follow-up. It is based upon this study that Pfizer relies when concluding that the rate of NAION is similar to that in the general population (i.e., 2.5-11.8 per 100,000).

### III.a.1. Critique of Pfizer Evidence

There are a number of issues to consider when weighing the strength of the evidence described above. First, if one assumes that the incidence of NAION is 2.52 per 100,000 then in their review of 103 trials one would expect to have observed less than 1 case of NAION. Even with a moderate to strong association, the expected number of cases is quite small thus calling into question the statistical power associated with this evidence. The same critique can be made of their analysis of data from the IMHS and the PEM study. This is an important consideration as Pfizer raises the same issue of limited statistical power when discounting the results of the McGwin et al. study.

Second, among the other limitations noted by Pfizer of the McGwin et al. study is the issue of case definition. In fact, they also cite this as a reason why the design of the FDA-requested case-control study, or any other study for that matter, is not feasible. This raises the question as to identification of NAION cases in the three above-mentioned analyses conducted by the company. If case definition is such a thorny issue that it precludes even properly designing a study on this topic, how then how should their own evidence for lack of an association be interpreted? In particular the IMHS study wherein health status was initially ascertained via self-report.

Third, to what extent was the design of the evaluated data adequate to truly evaluate the relationship in question? Specifically, was this data adequate to address the temporal relationship between Viagra use and NAION occurrence? Again, among the many deficiencies noted by Pfizer is limited insight into the time course of the ischemic event. Thus, despite not seeing any NAION events, would these studies have been able to address this issue had they been observed?

Fourth, having observed one case of NAION in the PEM study, Pfizer concludes that the incidence rate in this study is consistent with that in the general population cited two published studies wherein NAION incidence was reported. However, in citing reasons why the design of proposed studies and the interpretation of existing ones is problematic, Pfizer strongly criticizes the same

two studies they use to conclude that the rate in the PEM study is equivalent to that in the general population. Thus, in addition to their calculated incidence rate being questionable, such likely justifiable criticism of the true incidence of the disease raises significant questions regarding their conclusion.

And finally, Pfizer cites the imprecision of the estimates reported in the McGwin et al. study as a significant limitation of this work. However, based upon the analysis of the PEM data (1 case per 35,500 patient years of follow-up), the incidence rate of 2.8 per 100,000 would have a 95% confidence interval of 0.071 to 15.65. Again, it is not clear why Pfizer's criticism of the peer-reviewed literature would not also be reflected in their work.

**III.b. Response to Criticisms of the McGwin et al. Study:** Pfizer has identified many limitations of the study conducted by McGwin et al. on the association between Viagra and NAION, several of which were also noted by the authors and deemed inconsequential to the study's conclusions. Among the other limitations was:

### III.b.1. Timing

Though the analysis was limited to ED medication use that occurred prior to NAION diagnosis there was no information presented as to the exact timing of these events. Since the study was not specifically designed to address this issue, this level of detail was not sought; however, in such retrospective studies the ability to collect such information is often tenuous.

### III.b.2. Statistical Analysis

The results of study suggest that the association between ED medications and NAION is dependent upon the presence of MI and hypertension. The study is criticized for not having explicitly proposed these analyses. Given the published case reports and series, that co-morbid cardiovascular disease might play a role is reasonable. Moreover, given the difference in the prevalence of the conditions between the cases and controls, an analysis exploring their confounding and/or modifying effect is also reasonable. Finally, the basis for giving less credibility to unplanned analyses is unclear.

### III.b.3. Potential Confounding

It is suggested that the difference in the prevalence of MI between cases and controls is the solely responsible for the association reported in Table 3 of the paper. The rationale for this conclusion is not clear. The results presented in Table 3 provide separate estimates according to both ED medication use and MI history. The objective of such an analysis is to characterize the potentially modifying effect of MI.

It is important to note that despite its acknowledged limitations an evaluation of

the McGwin et al. study by Pfizer's own advisory board fails to identify any fatal flaws that would completely call into question the observed results. While these limitations perhaps detract from the impact of the conclusions, there is little reason to suggest that the results do not support them. Moreover, even in the aggregate the gravity of the reported limitations is unlikely sufficient to explain the large association reported in the study. And perhaps more importantly the Pfizer advisory board, as well as the FDA, recommended that Pfizer conduct a case-control study featuring many of the study design elements of the McGwin et al. study.

## IV. Summary and Conclusion

In summary, the available peer-review, published epidemiologic literature provides sufficient evidence that Viagra can cause of NAION and other ocular vascular disorders. The non-peer reviewed evidence offered by Pfizer for the lack of an association between Viagra and NAION is significantly flawed and seriously calls into question their conclusion that the incidence of NAION among men using Viagra is similar to that in the general population. Many of the deficiencies in our understanding of the epidemiology of NAION used by the company to dismiss existing research and the feasibility of future work is seemingly ignored when presenting their own evidence for lack of an association. Finally, the FDA and members of Pfizer's own advisory board advocated many aspects of the McGwin et al. study and recommended that the company conduct a similar study. This not only reflects the appropriateness and strength of the case-control design for evaluated the association between Viagra and NAION but also the importance of McGwin et al.'s findings.

Thus, in conclusion, to a reasonable degree of scientific certainty, it is my opinion that Viagra can cause NAION and other ocular vascular disorders.

Gerald McGwin, Jr., M.S., Ph.D.                     Date

# CURRICULUM VITAE

## Gerald McGwin, Jr., M.S., Ph.D.

### PERSONAL INFORMATION:

| | |
|---|---|
| Name: | Gerald McGwin, Jr., M.S., Ph.D. |
| Citizenship: | United States of America |
| Home Address: | 4740 Quarter Staff Road<br>Birmingham, Alabama 35223<br>205-968-4083 |
| Personal Records: | Marathon (2:5136, 10/2006)<br>Half-Marathon (1:21:26, 03/2006)<br>20k (1:16:55, 10/2004)<br>15k (55:18, 01/2007)<br>10k (36:24, 11/2004)<br>8k (29:46, 01/2005)<br>5k (17:21, 10/2006) |

### RANK/TITLE:

Associate Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham

Business Address:

Center for Injury Sciences
1922 7th Avenue South, Suite 120
Birmingham, Alabama 35294
Phone: 205-975-3030
Fax:    205-975-3040
Email: gerald.mcgwin@ccc.uab.edu

Clinical Research Unit
Department of Ophthalmology
700 18th Street South, Suite 609
Birmingham, Alabama 35294
Phone: 205-325-8117
Fax:    205-325-8692
Email: mcgwin@eyes.uab.edu

### EDUCATION:

University of Vermont

Revised: April 20, 2007

1

Bachelor of Science in Human Development and Family
Studies – 1993.

Harvard University
Master of Science in Health and Social Behavior – 1995.

University of Alabama at Birmingham
Doctor of Philosophy in Epidemiology – 1998.

**ACADEMIC
APPOINTMENTS:**

Ph.D. Program Director
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
June 2005 to present.

Associate Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
January 2003 to present.

Assistant Professor of Ophthalmology
Department of Ophthalmology
School of Medicine
University of Alabama at Birmingham
January 2003 to present.

Assistant Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
September 1998 to December 2002.

Assistant Professor of Surgery
Section of Trauma, Burns, and Surgical Critical Care
Division of General Surgery
Department of Surgery
School of Medicine
University of Alabama at Birmingham
September 1998 to present.

Assistant Professor of Ophthalmology
Department of Ophthalmology
School of Medicine

Revised: April 20, 2007

University of Alabama at Birmingham
February 2001 to December 2002.

Associate Director
Center for Injury Sciences at the University of Alabama at
Birmingham
January 2001 to present.

Associate Director
Clinical Research Unit
Department of Ophthalmology
School of Medicine
University of Alabama at Birmingham
January 2001 to present.

Scientist
Center for Aging, University of Alabama at Birmingham,
Birmingham, Alabama.
September 1999 to present.

Epidemiologist
Mercedes-Benz Crash Injury Research Engineering
Network (CIREN) Center, University of Alabama at
Birmingham, Birmingham, Alabama.
September 1999 to present.

**VISTING PROFESSORSHIPS:**     Injury Control Research Center, Harvard School of Public
Health – April 2002

Department of Public Health Sciences, Division of
Epidemiology, University of California – Davis, February
2003

Department of Ophthalmology, University of California –
San Francisco, March 2006

Department of Geriatrics, University of California – San
Francisco, October 2006

**COUNCILS/COMMITTEES:**     Member, Birmingham Regional Emergency Medical
Services System Quality Assurance Committee
August 1999 to 2002.

Consultant, State Emergency Medical Control Committee

Alabama Department of Public Health
January 1999 to 2003.

Chair, Alabama Trauma Registry Task Force
Alabama Department of Public Health
March 2001 to 2003.

Member, Review Committee
American Medical Association/National Highway Traffic
Safety Administration
*Physician's Guide to Assessing and Counseling Older
Drivers*
January 2003 to December 2004

Member, Committee for the Safe Mobility of Older Persons
Transportation Research Board
June 2003 to present

Member, Search Committee
Various faculty positions
UAB School of Public Health
UAB School of Medicine
January 2004 to present

Member, Faculty Affairs Committee
School of Public Health
University of Alabama at Birmingham
March 2004 to 2006

Member, Scientific Advisory Board
*Restore Effective Survival in Shock* (Clinical Trial)
Naval Medical Research Center
January 2005 to present

Member, Epidemiology Training Committee
School of Public Health
University of Alabama at Birmingham
January 2005 to present

Member, Search Committee
UAB GCRC Informatics Core Director
January 2005 to December 2005

Member, Search Committee
Associate Dean, UAB School of Public Health
December 2006 to present

**EDITORIAL SERVICE:**

Reviewer – *Accident Analysis and Prevention*
January 1999 to present.

Reviewer – *American Journal of Epidemiology*
January 2000 to present.

Reviewer – *American Journal of Public Health*
January 2002 to present

Reviewer – *Epidemiology*
February 2002 to present.

Reviewer – *Injury Prevention*
July 2002 to present.

Reviewer – *Investigative Ophthalmology and Vision
Science*
July 2002 to present.

Reviewer – *JAMA*
July 2002 to present.

Reviewer – *Journal of Vision*
July 2002 to present.

Reviewer – *Archives of Ophthalmology*
August 2002 to present.

Reviewer – *Optometry and Vision Science*
January 2003 to present.

Reviewer – *American Journal of Preventive Medicine*
January 2003 to present.

Reviewer – *Shock*
January 2003 to present

Reviewer – *Occupational and Environmental Medicine*
January 2004 to present

Reviewer – *Obesity Research*
May 2004 to present

Reviewer – *Journal of Women's Health*

Revised: April 20, 2007

May 2004 to present

Associate Editor – *American Journal of Epidemiology*
November 2004 to present

**GRANT REVIEWER:**        Special Emphasis Panel, National Eye Institute, NIH; 2005, 2006

James and Esther King Biomedical Research Program, Florida Department of Public Health; 2007

Bankhead-Coley Cancer Research Program, Florida Department of Public Health; 2007

AAA (American Automobile Foundation) Foundation for Traffic Safety, Washington, D.C.; 2006, 2007

Intramural Grant Reviewer, UAB Center for Aging; 2004, 2005

Grant Reviewer, National Institute of Occupational Safety and Health, Centers for Disease Control and Prevention; 2003, 2004

Scientific Merit Review, Department of Veteran Affairs' Rehabilitation Research & Development Service, Washington, D.C.; 2004, 2006

Grant Reviewer, Canadian Institutes of Health Research; 2004

Grant Reviewer, (Ireland) Health Research Board; 2003

**TEACHING EXPERIENCE:**    Instructor
Introduction to SAS
Department of Epidemiology, School of Public Health, University of Alabama at Birmingham
1998 to 2003.

Instructor
Analysis and Presentation of Epidemiologic Data
Department of Epidemiology, School of Public Health, University of Alabama at Birmingham
1999 to present.

Revised: April 20, 2007

Instructor
The Analysis of Case-Control Studies
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2000 to present.

Instructor
Master's Seminar
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2001 to present.

Instructor
Introduction of Health and Human Disease
School of Health-Related Professions, University of
Alabama at Birmingham
2002 to present.

Instructor
The Analysis of Cohort Studies
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2003 to present.

**GRANT SUPPORT:**

P50 AR45231                         07/01/1998 – 06/30/2003
NIH / NIAMS
Specialized Center of Research in SLE
Role: Co-Investigator


                                    03/11/1999 – 09/30/2004
FHWA / DOT
UAB Trauma Care Center
Role: Co-Investigator


                                    04/20/1999 – 04/20/2004
Mercedes-Benz
Crash Injury Research and Engineering Network Center
Role: Co-Investigator

DTFH61-99-X-00039        06/01/1999 – 05/31/2004
FHWA / DOT
The Study of Advanced Trauma Care

Role: Co-Investigator

07/15/1999 – 12/31/2002

FHWA / DOT
Development of a Model State Brain Injury Program
Role: Co-Investigator

R01 AR47799          09/30/2000 – 08/31/2004
NIH / NIAMS
Genetic Polymorphism in Wegener's Granulomatosis
Role: Co-Investigator

000-154-101          08/01/2001 - 07/31/2004
Alabama Eye Institute
Multivariate Confirmatory Analysis of Psychophysical and
Structural Parameters in Glaucomatous Optic Neuropathy
Role: Co-Investigator

R01AG04212-16          01/15/2001 – 12/31/2005
NIH / NIA
Visual Dysfunction and Aging: Underlying Mechanisms
Role: Co-Investigator

12/01/2001 – 11/01/2002

HHS / PHS / CDC
Older Driver Cohort Study
Role: P.I.

ITS-AL01 (900)          03/18/2002 – 03/17/2004
FHWA / DOT
Automated Crash Notification (ACN) System Integration
Role: Co-Investigator

R21 EY140711          04/01/2002 – 03/31/2007
NIH / NEI
Clinical Vision Research Unit at UAB
Role: Co-Investigator

U01HD42687-01          09/05/2002 – 06/30/2007
NIH / NICHD
Multi-center TBI Clinical Trials Network
Role: Co-Investigator

P50AG11684-11          09/15/2002 – 01/01/2008
NIA / HHS / PHS / NIH
Enhancing Mobility in the Elderly – Management Core
Role: Co-Investigator

R01 OH07564-02          09/30/2002 – 09/29/2004
NIOSH / HHS / PHS / CDC
Extended Work Schedules and Health Outcomes in the US
Role: P.I.


R01 AR42503-10S2        08/31/2003 – 09/01/2007
NIH / NIAMS
Outcome of SLE in Minorities - Nature vs. Nurture
Role: Co-Investigator


R01AG021958-01          09/01/2003 – 08/31/2008
NIA / HHS / PHS / NIH
Predicting Long-Term Mobility Outcomes for Older Adults
Role: Co-Investigator


U01AG14289-05S3         09/30/2003 – 06/30/2004
NIH / NIA
Cognitive Training & Everyday Competence in the Elderly
Role: Co-Investigator


R01EY015559-04          09/30/2003 – 08/31/2007
NIH / NEI / Duke University
Improving the Quality of Diabetes Eye Care
Role: P.I. (Subcontract)


P30AG022838             09/30/2003 – 09/29/2004
NIH / NIA
Center for Translational Research on Aging and Mobility
Role: Co-Investigator


000177049               04/02/2004 – 04/01/2008
Veteran's Administration IPA.
Enhancing Mobility in the Visually Impaired
Role: P.I.


000177050               04/02/2004 – 04/01/2008
Veteran's Administration IPA.
The Impact of Blind Rehab on Quality of Life in Visually
Impaired Veterans
Role: P.I.


                        06/15/2004 – 06/14/2005
Insurance Institute for Highway Safety
Impact of Florida's Mandatory Vision Screening Law for
Divers 80 Years and Over.
Role: Co-Investigator

Revised: April 20, 2007

C10119098            11/02/2004 – 11/01/2007
HRSA / ADPH
Patient Care Report (PCR) Database Management
Role: Co-Investigator

05/23/2005 – 01/31/2006
Evaluation of the AARP Driver Safety Program in Florida
and New York
AARP Andrus Foundation
Role: Co-Investigator

03/01/2006 – 02/28/2007
Prevent Blindness America
Vision Impairment and Access to Eye Care Module in the
Alabama Behavioral Risk Factor Surveillance System
Role: P.I.

05/01/2006 – 06/15/2008
Medication Use and Motor Vehicle Collisions Among
Older Drivers
AAA Foundation for Traffic Safety
Role: P.I.

R21EY016801-01A1     04/01/2006 – 03/31/2008
Planning a Clinical Trial on Low Vision Rehabilitation
NIH / NEI
Role: Co-Investigator

**SUBMITTED GRANTS:**       Statins and Age-Related Macular Degeneration
NIH / NEI
Submitted: 10/01/2004
Role: P.I.
Status: *Not funded*

ARMD Research Partnership of Alabama
Eyesight Foundation of Alabama
Submitted: 01/31/2004
Role: P.I.
Status: *Not funded*

Expanding Quality Care for Glaucoma through Provider-
Patient Partnership
NIH / NEI
Submitted: 06/01/2006

Role: P.I. (Subcontract)
Status: *Pending*

Older drivers: An Evidence-Basis for Licensure Standards
NIH / NIA
Submitted: 07/01/2006
Role: Co-Investigator
Status: *Pending*

Protective Eyewear and Work-Related Eye Injury: A Case-Crossover Study
Eyesight Foundation of Alabama
Submitted: 12/01/2006
Role: P.I.
Status: *Pending*

Project *in*CHARGE:  Increasing the Rate of Comprehensive Eye Care Utilization by Older African Americans through a Community-Based Eye Health Education Program
UAB Center for the Study of Community Health
Submitted: 01/15/2007
Role: P.I.
Status: *Pending*

Aging and ARM: Dark Adaptation Impairment
NIH / NEI
Submitted: 01/15/2007
Role: Co-Investigator
Status: *Pending*

## BIBLIOGRAPHY:

BOOK CHAPTERS:

McGwin G, Owsley C. Statins and age-related maculopathy. In: Tombran-Tink J and Barnstable CJ (Editors) Retinal Degenerations: Biology, Diagnostics, and Therapeutics. Totowa, NJ: The Humana Press; 2006.

MANUSCRIPTS:

Published:

1.    McGwin G, Roseman JM, Owsley C. Epidemiology and the internet [letter]. Epidemiology 1997;8(4):465.

2.	Owsley C, Ball K, McGwin G, Sloane ME, Roenker DL, White MF, Overley ET. Visual processing impairment and crash risk among older adults. JAMA 1998;279:1083-1088.

3.	McGwin G, Roseman JM. Diabetes and accident insurance [letter]. Diabetes Care 1998;21(5):877.

4.	Calhoun A, McGwin G, King WD, Rousculp M. Pediatric pedestrian injuries: a community assessment using a hospital surveillance system. Academic Emergency Medicine 1998;5(7):685-90.

5.	Owsley C, McGwin G, Ball K. Visual impairment, eye disease, and injurious motor vehicle crashes in the elderly. Ophthalmic Epidemiology 1998;5(2):101-113.

6.	McGwin G, Owsley C, Ball K. Crash involvement among older drivers: agreement between self-report and state-records. Accident Analysis & Prevention 1998;30(6):781-791.

7.	McGwin G. Are drivers with CVD more at risk of motor vehicle crashes? [letter.] Canadian Family Physician 1998;44:2061.

8.	McGwin G, Sims R, Pulley L, Roseman JM. Diabetes and automobile crashes in the elderly: A population-based case-control study. Diabetes Care 1999;22(2):220-227.

9.	McGwin G, Brown, D. Characteristics of traffic crashes among young, middle-aged, and older drivers. Accident Analysis & Prevention 1999;31(3):13-30.

10.	Lyman S, McGwin G, Enochs R, Roseman JM. Prevalence of agricultural injury among Deep South farmers: characteristics and determinants. American Journal of Industrial Medicine 1999;35:499-510.

11.	Owsley C, McGwin G. Vision and driving. Survey of Ophthalmology. 1999;43(6):535-550.

12.	Alarcon, GS, Friedman, AW, Straaton, KV, Moulds JM, Lisse J, Bastian HM, McGwin G, Bartolucci AA, Roseman JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups: III. A comparison of characteristics early in the natural history of the LUMINA cohort. Lupus 1999;8:197-209.

13.	Friedman AW, Alarcon GS, Straaton KV, McGwin G, Roseman JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups IV: Factors associated with self-reported functional outcome in a large, SLE cohort study. Arthritis Care and Research. 1999;12:256-266.

14.   Jackson GR, Owsley C, McGwin G. Aging and dark adaptation. Vision Research 1999;39(23): 3975-3982.

15.   McGwin G, Chapman V, Curtis J, Rousculp M. Age and fire-fatalities. Journal of the American Geriatrics Society. 1999;47(11):1307-1311.

16.   McGwin G, Jackson G, Owsley C. Using non-linear regression to quantify dark adaptation kinetics. Behavior Research Methods, Instruments, and Computers. 1999;31(4):712-717.

17.   McGwin G, Gibbs V, Rousculp M, Robison J, Fine P. The epidemiology of fire-related deaths in Alabama: 1992-1997. Journal of Burn Care and Rehabilitation. 2000;21:75-83.

18.   May AK, McGwin G, Lancaster L, Taylor AJ, Rue LW. The April 8, 1998 Tornado: assessment of the trauma system response and the resulting injuries. Journal of Trauma. 2000;48:666-672.

19.   McGwin G, Scotten S, Aranas A, Enochs R, Roseman JM. Impact of agricultural injury among farmers in Alabama and Mississippi. American Journal of Industrial Medicine. 2000;37:374-381.

20.   Sims R, McGwin G, Allman R, Ball K, Owsley C. An exploratory study of risk factors for older driver vehicle crashes. Journal of Gerontology, Medical Sciences. 2000;55A:M22-27.

21.   Zonana-Nacach A, Roseman JM, McGwin G, Alarcon GS, Straaton KV, Baethge B, Friedman AW, Moulds JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups IV: Factors associated with fatigue within 5 years of criteria diagnosis. Lupus. 2000;9:101-9.

22.   McGwin G, Chapman V, Owsley C. Visual risk factors for driving difficulty among older drivers. Accident Analysis and Prevention. 2000;32:735-744.

23.   McGwin G, Sims R, Pulley L, Roseman JM. Relations among chronic medical conditions, medications, and automobile crashes in the elderly: A population-based case-control study. American Journal of Epidemiology. 2000;152:424-431.

24.   Taylor AJ, McGwin G. Temperature-related deaths in Alabama. Southern Medical Journal. 2000;93:787-92.

25.   McGwin G, Enochs R, Roseman JM. A prospective study of agricultural injuries among farmers in the Deep South. American Journal of Epidemiology. 2000;152:640-50.

26.   McGwin G, Melton SM, May AK, Rue LW. Long-term survival in the elderly following trauma. Journal of Trauma. 2000;49:470-6.

27.   McGwin G, Lyman J, Sims RV. Factors related to driving difficulty and reduced mobility in older drivers. Accident Analysis and Prevention. 2001;33(3):413-421.

28.   May AK, Melton SM, McGwin G, Cross JM, Moser SA, Rue LW. Reduction in vancomycin-resistant enterococcal infections by limitation of broad-spectrum cephalosporin use in a trauma and burn intensive care unit. Shock. 2000;14:259-64.

29.   McGwin G, Melton SM, May AK, Rue LW. Recurrent trauma in the elderly. Archives of Surgery. 2001;136(2):197-203.

30.   Tew MB, Alarcon GS, Ahn CW, Lisse JR, Bastian HM, Fessler BJ, McGwin G, Reveille JD, Tan FK. Systemic lupus erythematosus in three ethnic groups: VIII. Glutathione S-transferase null alleles lack association with disease manifestations in the LUMINA cohort. Arthritis and Rheumatism. 2001 Apr;44(4):981-3

31.   Taylor AJ, McGwin G, Davis GG, Brissie RM, Holley TD, Rue LW. Hypothermia deaths in Jefferson County, Alabama. Injury Prevention. 2001;7:141-5.

32.   Sims R, McGwin G, Pulley L, Roseman JM. Mobility impairments in crash-involved older drivers. Journal of Aging & Health. 2001;13(3):430-438.

33.   Owsley C, Stalvey B, Wells J, Sloane ME, McGwin G. Visual functional risk factors for vehicle crashes in older drivers with cataract. Archives of Ophthalmology. 2001;119:881-7.

34.   Park CA, McGwin G, Smith DR, May AK, Melton SM, Rue LW. Trauma-specific ICUs can be cost effective and contribute to reduced hospital length of stay. American Surgeon. 2001;67:665-70.

35.   Passman C, McGwin G, Taylor AJ, Rue LW. Seatbelt use before and after motor vehicle trauma. Journal of Trauma. 2001;51:105-9.

36.   Alarcón GS, McGwin G, Bastian H, Roseman J, Moulds J, Goel N, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups, the LUMINA Study: VIII. Predictors of early mortality. Arthritis and Rheumatism. 2001;45:191-202.

37.   Owsley C, McGwin G, Sloane ME, Stalvey BT, Wells J. Timed instrumental activities of daily living (IADL) tasks: Relationship to visual function in older adults. Optometry and Vision Science 2001;78:350-9.

38. Reiff DA, McGwin G, Rue LW. Splenic injury in side impact motor vehicle collisions – The effect of occupant restraints. J Trauma. 2001;51:340-5.

39. Valent F, McGwin G, Bovenzi M, Barbone F. Fatal work-related inhalation of harmful substances in the United States. Chest. 2002;121:969-75.

40. Abernathy JH, McGwin G, Acker JE, Rue LW. Reduction in mortality, hospital length of stay and cost can be realized through a voluntary trauma system. American Surgeon. 2002;68:182-92.

41. Alarcón GS, McGwin G, Roseman J, Lisse J, Fessler BJ, Bastian HM, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups, the LUMINA study: VIII Differences in damage accrual. Arthritis and Rheumatism. 2001;44:2797-806.

42. Moran SG, McGwin G, Reiff DA, Rue LW. The association between body mass index, restraint use, and fatality in motor vehicle collisions. Proceedings of the - Association for the Advancement of Automotive Medicine. 2001;45:107-123.

43. Owsley C, Sloane M, McGwin G, Ball K. Timed instrumental activities of daily living (TIADL) tasks: relationship to cognitive function and everyday performance assessments in older adults. Gerontology 2002;48:254-265.

44. Valent F, McGwin G, Hardin W, Johnston C, Rue LW. Restraint use and injury patterns among children involved in motor vehicle collisions. Journal of Trauma. 2002;52:745-51.

45. Taylor AJ, McGwin G, Davis GG, Brissie RM, Rue LW. Occupational electrocutions in Jefferson County, Alabama. Occup Med. 2002;52:102-6.

46. Bastian HM, Roseman JM, McGwin G, Alarcon GS, Friedman AW, Fessler BJ, Baethge BA, Reveille JD. Systemic lupus erythematosus in three ethnic groups: X. Risk factors for lupus nephritis after diagnosis. Lupus. 2002;11:152-60.

47. McGwin G, Reiff DA, Rue LW. Differences in the incidence and etiology of blunt thoracic aortic injury in motor vehicle collisions by age. Journal of Trauma. 2002;52:859-65.

48. Alarcon GS, McGwin G, Petri M, Reveille JD, Ramsey-Goldman R, Kimberly RP. Baseline characteristics of a multiethnic lupus cohort: Profile. Lupus. 2002;11:95-101.

49. Moran SG, McGwin G, Metzger J, Windham ST, Reiff DA, Rue LW. Injury rates among restrained drivers in motor vehicle collisions – The role of body habitus. Journal of Trauma. 2002;52:1116-20.

50.    Alarcon GS, Cianfrini L, Bradley L, Sanchez ML, Brooks K, Freidman AW,
       Baethge BA, Fessler BJ, Bastian HM, Roseman JM, McGwin G, Reveille JD.
       Measuring cognitive impairment with the Cognitive Symptoms Inventory.
       Systemic lupus erythematosus in 3 ethnic groups: XI. The LUMINA Study.
       Arthritis and Rheumatism. 2002;47:310-19.

51.    Alarcon GS, McGwin G, Bastian HM, Fessler BJ, Baethge BA, Friedman AW,
       Reveille JD. SLE in three ethnic groups: XIII. The "weighted" criteria as
       predictors of damage. Lupus. 2002;11:329-31.

52.    Taylor AJ, McGwin G, Smith DR, Birmingham BR, Rue LW. The epidemiology
       of serious occupational burn injuries in Alabama. Journal of Burn Care and
       Rehabilitation. 2002;23:244-248.

53.    Owsley C, McGwin G, Sloane M, Wells J, Stalvey BT, Gauthreaux S. Impact of
       cataract surgery on motor vehicle crash involvement by older adults. JAMA.
       2002;288:841-849.

54.    Alarcon GS, McGwin G, Brooks K, Roseman JM, Fessler BJ, Sanchez M, Bastian
       HM, Friedman AW, Baethge BA, Reveille JD. Systemic lupus erythematosus in
       three ethnic groups: X. Sources of discrepancy in perception of disease activity: A
       comparison of physician and patient visual analog scale. Arthritis and
       Rheumatism. 2002;47:408-413.

55.    Quinney B, McGwin G, Cross JM, Valent F, Taylor AJ, Rue LW. Thermal burn
       fatalities in the workplace, United States, 1992-1999. Journal of Burn Care and
       Rehabilitation. 2002;23:305-310.

56.    Stannard JP, Wilson TC, Sheils TM, McGwin G, Volgas DA, Alonso JE.
       Heterotopic ossification associated with knee dislocations. Arthroscopy.
       2002;18:835-9.

57.    Meredith JW, Evans G, Kilgo PD, MacKenzie E, Osler T, McGwin G, Cohn S,
       Esposito T, Gennarelli T, Hawkins M, Lucas C, Mock C, Rotondo M, Rue L. A
       comparison of the abilities of nine scoring algorithms in predicting mortality.
       Journal of Trauma. 2002;53:621-629.

58.    McGwin G, George RL, Cross JM, Reiff DA, Chaudry IH, Rue LW. Gender
       differences in mortality following burn injury. Shock. 2002;18:311-315.

59.    Owsley C, McGwin G. Risk of motor vehicle crashes in patients with cataract
       surgery [letter]. JAMA. 2002;288:2262-3.

60.    Taylor AJ, McGwin G, Valent F, Rue LW. Fatal occupational electrocutions in
       the United States. Injury Prevention. 2002;8:306-312.

61.  Reiff DA, McGwin G, Metzger J, Doss M, Rue LW. Identifying injuries and
     motor vehicle collision characteristics that together are suggestive of diaphramatic
     rupture. Journal of Trauma. 2002;53:1139-1145.

62.  McGwin G, Valent F, Taylor AJ, Howard HJ, Davis GG, Brissie RM, Rue LW.
     Epidemiology of fatal occupational injuries in Jefferson County, Alabama.
     Southern Medical Journal. 2002;95:1300-1311.

63.  McGwin G, Cross JM, Ford JW, Rue LW. Long-term trends in mortality
     according to age among adult burn patients. Journal of Burn Care and
     Rehabilitation. 2003;24:21-25.

64.  George RL, McGwin G, Windham ST, Melton SM, Metzger J, Chaudry IH, Rue
     LW. Age-related gender differential in outcome following blunt and penetrating
     trauma. Shock.2003;19:28-32.

65.  Melton SM, McGwin G, Abernathy JA, MacLennan P, Cross JM, Rue LW. Motor
     vehicle crash-related mortality is associated with pre-hospital and hospital-based
     resource availability. Journal of Trauma. 2003;54:273-279.

66.  Moran SG, Metzger JS, McGwin G, Alonso JE, Rue LW. The relationship
     between age and lower extremity fractures in motor vehicle collisions. Journal of
     Trauma. 2003;54:261-265.

67.  Fuller JJ, Mason JO, White MF, McGwin G, Emond TL, Feist RM.
     Retinochoroidal collateral veins protect against anterior segment
     neovascularization after central retinal vein occlusion. Archives of
     Ophthalmology. 2003;121:332-6.

68.  George RL, McGwin G, Metzger J, Chaudry IH, Rue LW. The association
     between gender and mortality among trauma patients as modified by age. Journal
     of Trauma. 2003;54:464-471.

69.  Wulu JT, Singh K, Famoye F, Thomas TN, McGwin G. Regression analysis of
     count data. J. Ind. Soc. Ag. Statistics. 2002;55:220-231.

70.  Stannard JP, Riley RS, Sheils TM, McGwin G, Volgas DA. Anatomic
     reconstruction of the posterior cruciate ligament after multiligament knee injuries:
     A combination of the tibial-inlay and two-femoral-tunnel techniques. Am J Sports
     Med. 2003;31:196-202.

71.  McGwin G, Owsley C, Gauthreaux S. The association between cataract and
     mortality among older adults. Ophthalmic Epidemiology. 2003;10:107-19.

72.   McGwin G, Metzger J, Moran SG, Rue LW. Occupant and collision related risk factors for blunt thoracic aorta injury. Journal of Trauma. 2003;54:655-662.

73.   Melton SM, McGwin G, Cross JM, Davidson J, Waller H, Doss MW, Vickers S, Rue LW. Common bile duct transection in blunt abdominal trauma: Case report emphasizing mechanism of injury and therapeutic management. Journal of Trauma. 2003;54:781-785.

74.   Friedman AW,  Tew MB, Ahn C, McGwin G, Fessler BJ, Bastian HM, Baethge BA, Reveille JD, Alarcón GS: Systemic lupus erythematosus in three ethnic groups: XV. Prevalence and correlates of fibromyalgia. Lupus. 2003;12:274-9.

75.   Calvo-Alén J, Reveille JD, Rodríguez-Valverde V, McGwin G, Baethge BA, Friedman AW, Alarcón GS. Clinical, immunogenetic and outcome features of Hispanic SLE patients of different ethnic ancestry. Lupus. 2003;12:377-85.

76.   McGwin G, Scilley K, Brown J, Owsley C. Impact of cataract surgery on self-reported visual difficulties: comparison to a no-surgery reference group. Journal of Cataract and Refractive Surgery. 2003;29:941-948.

77.   Taylor AJ, McGwin G, Brissie RM, Rue LW, Davis GG. Death during theft from electric utilities. American Journal of Forensic Medicine and Pathology. 2003;24:173-6.

78.   McGwin G, Metzger J, Alonso JE, Rue LW. The association between restraint systems and frontal motor vehicle collision-related morbidity and mortality. Journal of Trauma. 2003;54:1182-1187.

79.   Stannard JP, Sheils TM, McGwin G, Volgas DA. The use of a hinged knee fixator after surgery for knee dislocation. Arthroscopy. 2003;19:626-31.

80.   Sanchez ML, Alarcón GS, McGwin G, Fessler BJ, Kimberly RP. Can the weighted criteria improve our ability to capture a larger number of lupus patients into observational and interventional studies? A comparison with the American College of Rheumatology criteria. Lupus. 2003;12:468-70.

81.   Girkin C, McGwin G, McNeal S, Ortega J. Racial differences in the association between optic disc topography and glaucoma. Investigative Ophthalmology and Vision Science. 2003;44:3382-7.

82.   McGwin G, Owsley C, Curcio CA, Crain RJ. Use of statins and risk of age-related maculopathy. British Journal of Ophthalmology. 2003;87:1121-1125.

83.   Alarcon GS, Roseman JM, McGwin G, Bastian HM, Fessler BJ, Baethge BA, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups:

XVI. Damage as predictor of further damage. Rheumatology. 2003;42:1-4.

84. McGwin G, Metzger J, Porterfield JR, Moran SG, Rue LW. The association between side air bags and risk of injury in near-side impact motor vehicle collisions. Journal of Trauma. 2003;55:430-436.

85. Lyman JM, McGwin G, Malone DE, Taylor AJ, R Brissie, Davis GG, Rue LW. Epidemiology of child homicide in Jefferson County, Alabama. Child Abuse and Neglect. 2003;27:1063-1073.

86. McGwin G, Li J, McNeal S, Owsley C. The impact of cataract surgery on depression among older adults. Ophthalmic Epidemiology. 2003;10:303-313.

87. Owsley C, McGwin G, McNeal SF. Impact of impulsiveness, venturesomeness and empathy on driving by older adults. Journal of Safety Research. 2003;34:353-359.

88. Vilá LM, Alarcón GS, McGwin G, Friedman AW, Baethge BA, Bastian HM, Fessler BJ, Reveille JD. Early clinical manifestations, disease activity and damage of systemic lupus erythematosus among US Hispanic subpopulations. Rheumatology (Oxford). 2004;43:358-63.

89. Stannard JP, Harris HW, McGwin G, Volgas DA, Alonso JE. Intramedullary nailing of humeral shaft fractures with a locking flexible nail. Journal of Bone and Joint Surgery. 2003;85-A:2103-10.

90. Connor GS, McGwin G, MacLennan P, Alonso JE, Rue LW. Early versus delayed fixation of pelvic ring fractures. American Surgeon. 2003;69:1019-23.

91. Zamrini E, McGwin G, Roseman JM. The association between statin use and Alzheimer's disease. Neuroepidemiology. 2004;23:94-8.

92. Davis RP, McGwin G, Melton SM, Reiff DA, Whitley D, Rue LW. Specific occupant and collision characteristics are associated with motor vehicle collision-related blunt cerebrovascular artery injury. J Trauma. 2004;56:64-7.

93. Alarcón GS, McGwin G, Sanchez ML, Bastian HM, Fessler BJ, Friedman AW, Baethge BA, Roseman J, Reveille JD. Systemic lupus erythematosus in three ethnic groups. XIV. Poverty, wealth and their influence on disease activity. Arthritis Rheum. 2004;51:73-7.

94. McGwin G, Whatley J, Metzger J, Valent F, Barbone F, Rue LW. The effect of state motorcycle licensing laws on motorcycle driver mortality rates. Journal of Trauma. 2004;56:415-9.

95.   Melton SM, Kerby JD, McGiffin D, <u>McGwin G</u>, Smith JK, Oser RF, Cross JM, Windham ST, Moran SG, Hsia J, Rue LW. The evolution of chest computed tomography for the definitive diagnosis of blunt aortic injury: a single center experience. Journal of Trauma. 2004;56:243-50.

96.   Davis GG, <u>McGwin G</u>, Brissie R. Comparison of heart mass in seizure patients dying of sudden unexplained death in epilepsy to sudden death due to some other cause. The American Journal of Forensic Medicine and Pathology. 2004;25:23-28.

97.   Mason J, Feist R, White M, Swanner J, <u>McGwin G</u>, Emond T. Sheathotomy to decompress branch retinal vein occlusion: A matched control study. Ophthalmology. 2004;111:540-545.

98.   Owsley C, <u>McGwin G</u>, Phillips JM, McNeal SF, Stalvey BT. Impact of an educational program on the safety of high-risk, visually impaired older drivers. American Journal of Preventive Medicine. 2004;26:222-229.

99.   <u>McGwin G</u>, Russell SR, Rux RL, Leath CA, Valent F, Rue LW. Knowledge, beliefs, and practices concerning seat belt use during pregnancy. Journal of Trauma. 2004;56:512-517.

100.  Rana AI, Kenney PJ, Lockhart ME, <u>McGwin G</u>, Morgan DE, Smith JK, Windham ST. Adrenal hematomas in trauma patients. Radiology. 2004;230:669-75.

101.  <u>McGwin G</u>, Metzger J, Rue LW. The influence of side air bags on the risk of head and thoracic injury following motor vehicle collisions. Journal of Trauma. 2004; 56:670-675.

102.  Claytor B, Maclennan PA, <u>McGwin G</u>, Rue LW, Kirkpatrick JS. Cervical spine injury and restraint system use in motor vehicle collisions. Spine. 2004;29:386-9.

103.  Uribe AG, Alarcón GS, Sanchez ML, <u>McGwin G</u>, Sandoval R, Fessler BJ et al. Systemic lupus erythematosus in three ethnic groups. XVIII. Factors predictive of poor compliance with study visits. Arthritis Rheum. 2004;51:258-63.

104.  Cox D, Vincent DG, <u>McGwin G</u>, MacLennan PA, Holmes JD, Rue LW. Effect of restraint systems on maxillofacial injury in frontal motor vehicle collisions. Journal of Oral and Maxillofacial Surgery. 2004;62:571-575.

105.  Stannard JP, Sheils TM, Lopez-Ben RR, <u>McGwin G</u>, Robinson JT, Volgas DA. Vascular injuries in knee dislocations following blunt trauma: evaluating the role of physical examination to determing the need for arteriography. Journal of Bone and Joint Surgery. 2004;86:910-915.

106. Holmes JP, Koehler J, McGwin G, Rue LW. Frequency of maxillofacial injuries in all-terrain vehicle collisions. Journal of Oral and Maxillofacial Surgery. 2004;62:697-701.

107. Metzger J, McGwin G, MacLennan P, Rue LW. Is seat belt use associated with fewer days of lost work after motor vehicle collisions? Journal of Trauma. 2004;56:1009-1014.

108. McGwin G, Willey P, Ware A, Kohler C, Kirby T, Rue LW. A focused educational intervention can promote the proper application of seat belts during pregnancy. Journal of Trauma. 2004;56:1016-1021.

109. Mansuetta CC, Mason JO, Swanner J, Feist RM, White MF Jr, Thomley ML, McGwin G, Emond TL. An association between central serous chorioretinopathy and gastroesophageal reflux disease. Am J Ophthalmol. 2004;137:1096-1100.

110. Alarcón GS, McGwin G, Uribe A, Friedman AW, Roseman JM, Fessler BJ, Bastian H M, Baethge B A, Vilá LM, Reveille JD, for the LUMINA Study Group. Systemic Lupus Erythematosus in a Multiethnic Lupus Cohort (LUMINA), XVII: Predictors of Self-Reported Health-Related Quality of Life Early in the Disease Course. Arthritis Rheum. 2004;51:465-74.

111. McGwin G, McNeal S, Owsley C, Girkin C, Epstein D, Lee PP. Statins and other cholesterol lowering medications and the presence of glaucoma. Arch. Ophthalmology. 2004;122:822-826.

112. Girkin CA, McGwin G, Long C, DeLeon-Ortega J, Graf CM, Everett AW. Subjective and objective optic nerve assessment in African Americans and whites. Invest Ophthalmol Vis Sci. 2004;45:2272-8.

113. Uribe AG, McGwin G, Reveille JD, Alarcon GS. What have we learned from a 10-year experience with the LUMINA (Lupus in Minorities; Nature vs. Nurture) cohort? Where are we heading? Autoimmun Rev. 2004;3:321-9.

114. Key JS, Moran SG, McGwin G, Keeley JW, Davidson JS, Rue LW. The applicability of a computer model to predict head injury incurred during actual motor vehicle collisions. Journal of Trauma. 2004;57:99-103.

115. Jackson GR, McGwin G, Phillips JM, Klein R, Owsley C. Impact of aging and age-related maculopathy on activation of the a-wave of the rod-mediated electroretinogram. Invest Ophthalmol Vis Sci. 2004;45:3271-3278.

116. Lyman JM, McGwin G, Davis GG, Kovandzic TV, King W, Vermund SH. A comparison of three sources of data on child homicide. Death Studies. 2004;28:659-69.

117.  Uribe AG, Ho KT, Agee B, <u>McGwin G</u>, Fessler BJ, Bastian HM, Reveille JD, Alarcón GS. Relationship between adherence to study and clinic visits in systemic lupus erythematosus patients: data from the LUMINA cohort. Lupus. 2004;13:561-568.

118.  Alarcón GS, <u>McGwin G</u>, Jr., Roseman ML, Uribe AG, Fessler BJ, Bastian HM, Friedman AW, Baethge BA, Reveille JD for the LUMINA Study Group. Systemic lupus erythematosus in three ethnic groups. XIX: The natural history of the accrual of the American College of Rheumatology criteria prior to the occurrence of criteria diagnosis. Arthritis Rheum. 2004;51:609-15.

119.  Estrada LS, Alonso JE, <u>McGwin G</u>, Metzger J, Rue LW. Restraint use and lower extremity fractures in frontal motor vehicle collisions. Journal of Trauma. 2004;57:323-328.

120.  Girkin CA, <u>McGwin G</u>, Sandre FM, Lee PP, Owsley C. Hypothyroidism and the development of open angle glaucoma. Ophthalmology. 2004;111:1649-1652.

121.  Swanson M, <u>McGwin G</u>. Visual impairment and functional status from the 1995 National Health Interview Survey on Disability. Ophthalmic Epidemiology. 2004;11:227-39.

122.  Girkin CA, <u>McGwin G</u>, DeLeon-Ortega J. Frequency doubling technology perimetry in non-arteritic ischemic optic neuropathy. British Journal of Ophthalmology. 2004;88:1274-9.

123.  Uribe AG, Vila LM, <u>McGwin G</u>, Sanchez ML, Reveille JD, Alarcon GS. The Systemic Lupus Activity Measure-Revised, the Mexican Systemic Lupus Erythematosus Disease Activity Index (SLEDAI), and a Modified SLEDAI-2K Are Adequate Instruments to Measure Disease Activity in Systemic Lupus Erythematosus. J Rheumatol. 2004;31:1934-40.

124.  Toloza SM, Roseman JM, Alarcon GS, <u>McGwin G</u>, Uribe AG, Fessler BJ, Bastian HM, Vila LM, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA): XXII. Predictors of time to the occurrence of initial damage. Arthritis Rheum. 2004;50:3177-3186.

125.  <u>McGwin G</u>, Mays A, Joiner W, DeCarlo DK, McNeal S, Owsley C. Is glaucoma associated with motor vehicle collision involvement and driving avoidance? Investigative Ophthalmology and Vision Science. 2004;45:3934-9.

126.  Owsley C, <u>McGwin G</u>. Association between visual attention and mobility in older adults. J Am Geriatr Soc. 2004;52:1901-6.

127.   Owsley C, McGwin G. Depression and the National Eye Institute Visual Function Questionnaire - 25 in older adults. Ophthalmology. 2004;111:2259-64.

128.   Maclennan PA, McGwin G, Metzger J, Moran SG, Rue LW. Risk of injury for occupants of motor vehicle collisions from unbelted occupants. Inj Prev. 2004;10:363-7.

129.   Krawczyk C, Holmberg SD, Moorman AC, Gardner LI, McGwin G. Risk of developing biopsy-confirmed chronic renal disease among HIV-infected persons. AIDS. 2004;18:2171-8.

130.   Toloza SMA, Uribe AG, McGwin G, Alarcón GS, Fessler BJ, Bastian HM, Vilá LM, Wu R, Shoenfeld Y, Roseman JM, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA) XXIII: Baseline predictors of vascular events. Arthritis and Rheumatism. 2004;50:3947-57.

131.   Reiff D, Davis RP, MacLennan P, McGwin G, Clements R, Rue LW. The association between body mass index and diaphragm injury among motor vehicle collision occupants. Journal of Trauma. 2004;57:1324-8.

132.   Girkin C, McGwin G, Xie A, DeLeon-Ortega J. Differences in optic disc topography between black and white normal subjects. Ophthalmology. 2005;112:33-9.

133.   McGwin G, Owsley C. Risk factors for motor vehicle collision related eye injuries. Archives of Ophthalmology. 2005;123:89-95.

134.   Thomas SN, McGwin G, Rue LW. The financial impact of delayed discharge at a level I trauma center. Journal of Trauma. 2005;58:121-125.

135.   Dhimitri KC, McGwin G, McNeal S, Lee P, Morse PA, Patterson M, Wertz FD, Marx J. Symptoms of musculoskeletal disorders in ophthalmologists. American Journal of Ophthalmology. 2005;139:179-81.

136.   Girkin CA, McGwin G, Morris R, Kuhn F. Glaucoma following penetrating ocular trauma: a cohort study of the United States Eye Injury Registry. American Journal of Ophthalmology. 2005;139:100-5.

137.   McGwin G, Taylor A, MacLennan P, Rue LW. Unusual job activities as a risk factor for occupational injuries. Occupational Medicine. 2005;55:66-8.

138.   Hawkins A, MacLennan P, McGwin G, Cross JM, Rue LW. The impact of combined trauma and burns on patient mortality. Journal of Trauma. 2005;58:284-288.

139.  Dawn AG, McGwin G, Lee P. Patient expectations regarding eye care: survey
      development and results. Patient expectations regarding eye care: development
      and results of the Eye Care Expectations Survey (ECES). Arch Ophthalmol.
      2005;123:534-41.

140.  Gruszecki AC, McGwin G, Robinson CA, Davis GG. Unexplained sudden death
      and the likelihood of drug abuse. J Forensic Sci. 2005;50:419-22.

141.  Etheridge BS, Beason DP, Lopez RR, Alonso JE, McGwin G, Eberhardt AW.
      Effects of trochanteric soft tissues and bone density on fracture of the female
      pelvis in experimental side impacts. Ann Biomed Eng. 2005;33:248-54.

142.  Kimble JA, Brandt BM, McGwin G. Clinical examination accurately locates
      capillary nonperfusion in diabetic retinopathy. American Journal of
      Ophthalmology. 2005;139:555-7.

143.  McGwin G, Xie A, Owsley C. The use of cholesterol lowering medications and
      age-related macular degeneration. Ophthalmology. 2005;112:488-94.

144.  McGwin G, MacLennan PA, Fife JB, Davis GG, Rue LW. Preexisting conditions
      and mortality in older trauma patients. J Trauma. 2004;56:1291-6.

145.  Stannard JP, Brown SL, Farris RC, McGwin G, Volgas DA. The posterolateral
      corner of the knee: repair versus reconstruction. Am J Sports Med. 2005;33:881-
      8.

146.  McGwin G, Owsley C. The incidence of emergency department treated eye injury
      in the United States. Arch Ophthalmol. 2005;123(5):662-6.

147.  Etheridge BS, Beason DP, Lopez RR, Alonso JE, McGwin G, Eberhardt AW.
      Effects of trochanteric soft tissues and bone density on fracture of the female
      pelvis in experimental side impacts. Ann Biomed Eng. 2005;33:248-54.

148.  Fessler BJ, Alarcon GS, McGwin G, Roseman J, Bastian HM, Baethge BA,
      Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups:
      XVII. Hydroxychloroquine usage is protective against damage. Arthritis Rheum.
      2005;52:1473-80.

149.  Mason JO, Colagross CT, Haleman T, Fuller JJ, White MF, Feist RM, Emond TL,
      McGwin G. Visual outcome and risk factors for light perception and no light
      perception vision after vitrectomy for diabetic retinopathy. Am J Ophthalmol.
      2005;140:231-5.

150.  Calvo-Alen J, Toloza SM, Fernandex M, Bastian HM, Fessler BJ, Roseman JM,
      McGwin G, Vila LM, Reveille JD, Alarcon GS. Systemic lupus erythematosus in
      a multiethnic US cohort (LUMINA): XXV. Smoking, older age, disease activity,

lupus anticoagulant, and glucocorticoid dose as risk factors for the occurrence of venous thrombosis in lupus patients. Arthritis Rheum. 2005;52:2060-8.

151. Stannard JP, Singhania AK, Lopez-Ben RR, Anderson ER, Farris RC, Volgas DA, McGwin G, Alonso J. Deep-vein thrombosis in high-energy skeletal trauma despite thromboprophylaxis. J Bone Joint Surg Br. 2005;87:965-8.

152. Taylor A, McGwin G, Sharp CE, Stone TL, Dyer-Smith J, Bindon MJ, Rue LW. Seatbelt use during pregnancy: a comparison of women in two prenatal care settings. Matern Child Health J. 2005;9:173-9.

153. Fernandez M, Calvo-Alen J, Alarcon GS, Roseman JM, Bastian HM, Fessler BJ, McGwin G, Vila LM, Sanchez ML, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA): XXI. Disease activity, damage accrual, and vascular events in pre- and postmenopausal women. Arthritis Rheum. 2005;52:1655-1664.

154. McGwin G, Xie A, Owsley C. The rate of eye injury in the United States. Archives of Ophthalmology. 2005;123:970-976.

155. McGwin G, Hall TA, Searcey K, Modjarrad K, Owsley C. Cataract and cognitive function among older adults. Journal of the American Geriatrics Society. 2005;53:1260-1.

156. McGwin G, Hall TA, Xie A, Owsley C. The relationship between C-reactive protein and age-related macular degeneration in the Cardiovascular Health Study. British Journal of Ophthalmology. 2005;89:1166-70.

157. Goldman M, MacLennan P, McGwin G, Lee D, Sparks D, Rue LW. The association between restraint system and upper extremity injury following motor vehicle collisions. Journal of Orthopaedic Trauma. 2005;19:529-534.

158. Bowers A, Peli E, Elgin J, McGwin G, Owsley C. On-road driving with moderate visual field loss. Optom Vis Sci. 2005;82:657-667.

159. Read RW, Szalai AJ, Vogt SD, McGwin G, Barnum SR. Genetic deficiency of C3 as well as CNS-targeted expression of the complement inhibitor sCrry ameliorates experimental autoimmune uveoretinitis. Exp Eye Res. 2005;82:389-94.

160. George RL, McGwin G, Schwacha MG, Metzger J, Cross JM, Chaudry IH, Rue LW. The association between sex and mortality among burn patients as modified by age. J Burn Care Rehabil. 2005;26:416-421.

161. Stannard JP, Brown SL, Robinson JT, McGwin G, Volgas DA. Reconstruction of the posterolateral corner of the knee. Athroscopy. 2005;21:1051-9.

162. Philbin N, Rice J, Gurney J, <u>McGwin G</u>, Arnaud F, Dong F, Johnson T, Flournoy WS, Ahlers S, Pearce LB, McCarron R, Freilich D. A hemoglobin-based oxygen carrier, bovine polymerized hemoglobin (HBOC-201) versus hetastarch (HEX) in a moderate severity hemorrhagic shock swine model with delayed evacuation. Resuscitation. 2005;66:367-78.

163. Cobb JD, MacLennan PA, <u>McGwin G</u>, Metzger JS, Rue LW III. Motor vehicle mismatch related spinal injury. J Spinal Cord Med. 2005;28:314-319.

164. Girkin CA, <u>McGwin G</u>, Long C, Morris R, Kuhn F. Glaucoma after ocular contusion: A cohort study of the United States Eye Injury Registry. J Glaucoma. 2005;14:470-476.

165. Vila LM, Alarcon GS, <u>McGwin G</u>, Bastian H, Fessler BJ, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort (LUMINA): XXIX. Elevation of erythrocyte sedimentation rate is associated with disease activity and damage accrual. J Rheumatol. 2005;32:2150-2155.

166. Dong F, Golech SA, Philbin NB, Rice JP, Gurney J, Arnaud FG, Hammett M, Flournoy WS, Hong J, Kaplan LJ, Pearce LB, <u>McGwin G</u>, Ahlers S, McCarron RM, Freilich. DA. Immune effects of resuscitation with the hemoglobin-based oxygen carrier, HBOC-201, in swine with moderately severe hemorrhagic shock due to controlled hemorrhage. Shock. 2006;25:50-55.

167. Hall TA, <u>McGwin G</u>, Searcey K, Xie A, Hupp SL, Owsley C, Kline LB. Benign essential blepharospasm: Risk factors with reference to hemifacial spasm. Journal of Neuro-Ophthalmology. 2005;25:280-285.

168. <u>McGwin G</u>, Xie A, Mays A, Joiner W, DeCarlo DK, Hall TA, Owsley C. Visual field defects and the risk of motor vehicle collisions among patients with glaucoma. Investigative Ophthalmology and Vision Science. 2005;46:4437-41.

169. Alarcon GS, Beasley TM, Roseman JM, <u>McGwin G</u>, Fessler BJ, Bastian HM, Vila LM, Tan F, Reveille JD. Ethnic disparities in health and disease: the need to account for ancestral admixture when estimating the genetic contribution to both (LUMINA XXVI). Lupus. 2005;14:867-8.

170. Alarcon GS, Bastian HM, Beasley TM, Roseman JM, Tan FK, Fessler BJ, Vila LM, <u>McGwin G</u>, Reveille JD. Systemic lupus erythematosus in a multi-ethnic cohort (LUMINA): Contributions of admixture and socioeconomic status to renal involvement. Lupus. 2006;15:26-31.

171. Bertoli AM, Alarcon GS, <u>McGwin G</u>, Fernandez M, Bastian HM, Fessler BJ, Vila LM, Reveille JD. Systemic lupus erythematosus in a multiethnic U.S. cohort (LUMINA) XXVII: factors predictive of a decline to low levels of disease activity. Lupus. 2006;15:13-8.

172. Stannard JP, Lopez-Ben RR, Volgas DA, Anderson ER, Busbee M, Karr DK, McGwin G, Alonso JE. Prophylaxis against deep-vein thrombosis following trauma: a prospective, randomized comparison of mechanical and pharmacologic prophylaxis. J Bone Joint Surg Am. 2006;88:261-6.

173. Alarcon GS, Calvo-Alen J, McGwin G, Uribe AG, Toloza SM, Roseman J, Fernandez M, Fessler BJ, Vila L, Ahn C, Tan FK, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort: LUMINA XXXV. Predictive factors of high disease activity over time. Ann Rheum Dis. 2006;65:1168-74.

174. Owsley C, McGwin G, Scilley K, Kallies K. Development of a questionnaire to assess vision problems under low luminance in age-related maculopathy. Invest Ophthalmol Vis Sci. 2006;47:528-35.

175. McGwin G, Hall TA, Xie A, Owsley C. Trends in eye injury in the United States, 1992-2001. Invest Ophthalmol Vis Sci. 2006;47:521-7.

176. McGwin G, Vaphiades MS, Hall TA, Owsley C. Non-arteritic anterior ischaemic optic neuropathy and the treatment of erectile dysfunction. Br J Ophthalmol. 2006;90:154-7.

177. Ball K, Roenker DL, Wadley VG, Edwards JD, Roth DL, McGwin G, Raleigh R, Joyce JJ, Cissell GM, Dube T. Can high-risk older drivers be identified through performance-based measures in a department of motor vehicles setting? J Am Geriatr Soc. 2006;54:77-84.

178. Hall TA, McGwin G, Searcey K, Xie A, Hupp SL, Kline LB, Owsley C. Health-related quality of life and psychsocial in patients with primary blepharospasm. Arch Ophthalmol. 2006;124:116-9.

179. McGwin G, Modjarrad K, Hall TA, Xie A, Owsley C. HMG-CoA reductase inhibitor use and the presence of age-related macular degeneration in the Cardiovascular Health Study. Arch Ophthalmol. 2006;124:33-7.

180. Hall TA, McGwin G, Owsley C. Effect of cataract surgery on cognitive function in older adults. J Am Geriatr Soc. 2005;53:2140-4.

181. Jackson GR, McGwin G, Phillips JM, Klein R, Owsley C. Impact of aging and age-related maculopathy on inactivation of the a-wave of the rod mediated electroretinogram. Vision Research. 2006;46:1422-31.

182. Reiland A, Hovater M, McGwin G, Rue LW, Cross JM. The epidemiology of intentional burns. J Burn Care Rehabilitation. J Burn Care Res. 2006;27:276-80.

183.   Schwacha M, McGwin G, Hutchinson B, Cross J, MacLennan P, Rue LW. The contribution of opiate analgesics to infectious complications in burn patients. The American Journal of Surgery. 2006;192:82-6.

184.   McGwin G, Hall TA, Xie A, Owsley C. Gun-related eye Injury in the United States, 1993-2002. Ophthalmic Epidemiology. 2006;13:15-21.

185.   MacLennan PA, Jones B, McGwin G, George R, Rue LW III.  Trauma center resource consumption and mortality. Am. Surg. 2006;72:1-6.

186.   Owsley C, McGwin G, Jackson G, Heimburger DC, Piyathilake CJ, Klein R, White MF, Kallies K. Effect of short-term, high-dose retinal on dark adaptation in aging and early age-related maculopathy. Investigative Ophthalmology and Vision Science. 2006;47:1310-8.

187.   Arthur SN, Aldridge AJ, Leon-Ortega JD, McGwin G, Xie A, Girkin GA. Agreement in assessing cup-to-disc ratio measurement among stereoscopic optic nerve head photographs, HRT II, and stratus OCT. J Glaucoma 2006;15:183-89.

188.   Stannard JP, Robinson JT, Anderson ER, McGwin G, Volgas DA, Alonso JE. Negative pressure wound therapy to treat hematomas and surgical incisions following high-energy trauma. J Trauma 2006;60:1301-6.

189.   Bertoli AM, Fernandez M, McGwin G, Reveille JD, Alarcon GS. Association of antioxidized low-density lipoprotein antibodies with vascular arterial events and renal manifestations in systemic lupus erythematosus patients: Comment on the article by Frostegard et al. Arthritis Rheum. 2006;54:2035-2036.

190.   Calvo-Alen J, Alarcon GS, Tew MB, Tan FK, McGwin G, Fessler BJ, Vila LM, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort: XXXIV. Deficient mannose-binding lectin exon 1 polymorphisms are associated with cerebrovascular but not with other arterial thrombotic events. Arthritis Rheum. 2006;54:1940-1945.

191.   Fuller JJ, McGwin G. Phakic status affects vitreous penetration of topical moxifloxacin. Arch Ophthalmol. 2006;124:749.

192.   Bertoli AM, Fernandez M, McGwin G, Aalrcon GS, Tan FK, Reveille JD, Vila LM. Systemic lupus erythematosus in a multiethnic US cohort: XXXVI. Influence of mannose-binding lectin exon 1 polymorphisms in disease manifestations, course, and outcome. Arthritis Rheum. 2006;54:1703-4.

193.   Johnson T, Arnaud F, Dong F, Philbin N, Rice J, Asher L, Arrisueno M, Warndorf M, Gurney J, McGwin G, Kaplan L, Flournoy WS, Apple FS, Pearce LB, Ahlers S, McCarron R, Freilich D. Bovine polymerized hemoglobin (hemoglobin-based oxygen carrier-201) resuscitation in three swine models of

hemorrhagic shock with militarily relevant delayed evacuation--effects on histopathology and organ function. Crit Care Med. 2006;34:1464-74.

194.   Girkin CA, McGwin G, McNeal SF, Owsley C. Is there an association between pre-existing sleep apnoea and the development of glaucoma? Br J Ophthalmol. 2006;90:679-81.

195.   Spann MD, McGwin G, Kerby JD, George RL, Dunn S, Rue LW, Cross JM. Characteristics of burn patients injured in methamphetamine laboratory explosions. J Burn Care Res. 2006;27:496-501.

196.   Kerby JD, McGwin G, George RL, Cross JA, Chaudry IH, Rue LW. Sex differences in mortality after burn injury: results of analysis of the National Burn Repository of the American Burn Association. J Burn Care Res. 2006;27:452-456.

197.   Owsley C, McGwin G, Scilley K, Girkin CA, Phillips JM, Searcey K. Perceived barriers to care and attitudes about vision and eye care: focus groups with older African-Americans and eye care providers. Invest Ophthalmol. Vis Sci. 2006;47:2797-802.

198.   Semes L, Shaikh A, McGwin G, Bartlett JD. The relationship among race, iris color, central corneal thickness, and intraocular pressure. Opt. Vis. Sci. 2006;83:512-5.

199.   McGwin G, Gewant H, Modjarrad K, Hall TA, Owsley C. Effect of cataract surgery on falls and mobility among independently living older adults. J Am Geriatr Soc. 2006;54:1089-94.

200.   Deleon-Ortega JE, Arthur SN, McGwin G, Xie A, Monheit BE, Girkin CA. Discrimination between glaucomatous and nonglaucomatous eyes using quantitative imaging devices and subjective optic nerve head assessment. Invest. Ophthalmol. Vis. Sci. 2006;47:3374-80.

201.   Andrade RM, McGwin G, Alarcon GS, Sanchez ML,Bertoli AM, Fernandez M, Fessler BJ, Apte M, Arango AM, Bastian HM, Vila LM, Reveille JD. Predictors of post-partum damage accrual in systemic lupus erythematous: data from LUMINA, a multiethnic US cohort (XXXVIII). Rheumatology 2007;56:622-630.

202.   Alarcon GS, Calvo-Alen J, McGwin G, Uribe AG, Toloza SM, Roseman JM, Fernandez M, Fessler BJ, Vila LM, Ahn C, Tan FK, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort: LUMINA XXXV. Predictive factors of high disease activity over time. Ann Rheum Dis. 2006;65:1168-74.

203.   Rice J, Philbin N, McGwin G, Arnaud F, Johnson T, Flournoy WS, Pearce LB, McCarron R, Kaplan L, Handrigan M, Freilich D. Bovine polymerized

hemoglobin versus Hextend resuscitation in a swine model of severe controlled hemorrhagic shock with delay to definitive care. Shock. 2006;26:302-10.

204.   Ringsdorf L, McGwin G, Owsley C. Visual field defects and vision-specific health-related quality of life in African Americans and Whites with glaucoma. J Glaucoma. 2006;15:414-418.

205.   Reed MA, Naftel RP, Carter S, Maclennan PA, McGwin G, Rue LW. Motor vehicle restraint system use and risk of spine injury. Traffic Inj Prev. 2006;7:256-63.

206.   Girkin CA, Deleon-Ortega JE, Xie A, McGwin G, Arthur SN, Monheit BE. Comparison of the Moorfields Classification using confocal scanning laser ophthalmoscopy and subjective optic disc classification in detecting glaucoma in blacks and whites. Ophthalmology. 2006;113:2144-9.

207.   Fernandez M, McGwin G, Bertoli AM, Calvo-Alen J, Vila LM, Reveille JD, Alarcon GS. Discontinuation rate and factors predictive of the use of hydroxychloroquine in LUMINA, a multiethnic US cohort (LUMINA XL). Lupus. 2006;15:700-4.

208.   McGwin G, Hall TA, Seale J, Xie A, Owsley C. Consumer product-related eye injury in the United States, 1998-2002. J Safety Res. 2006;37:501-6.

209.   Chaiamnuay S, Bertoli AM, Roseman JM, McGwin G, Apte M, Vila LM, Duran S, Reveille JD, Alarcon GS. African American and Hispanic ethnicities, renal involvement and obesity predispose to hypertension in systemic lupus erythematosus: Results from LUMINA, a multiethnic cohort. (LUMINA XLV). Ann Rheum Dis. 2006;

210.   Rice J, Philbin N, Handrigan M, Hall C, McGwin G, Ahlers S, Pearce LB, Arnaud F, McCarron R, Freilich D. Vasoactivity of bovine polymerized hemoglobin (HBOC-201) in swine with traumatic hemorrhagic shock with and without brain injury. J Trauma. 2006;61:1085-1099.

211.   Fernandez M, McGwin G, Bertoli AM, Calvo-Alen J, Alarcon GS. Systemic lupus erythematosus in a multiethnic cohort (LUMINAXXXIX): relationship between hormone replacement therapy and disease activity over time. Lupus. 2006;15:621-2.

212.   Alarcon GS, McGwin G, Petri M, Ramsey-Goldman R, Fessler BJ, Vila LM, Edberg JC, Reveille JD, Kimberly RP. Time to renal disease and end-stage renal disease in PROFILE: a multiethnic lupus cohort. PLoS Med. 2006;3:e396.

213.   Vila LM, Alarcon GS, <u>McGwin G</u>, Bastian HM, Fessler BJ, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort, XXXVII: association of lymphopenia with clinical manifestations, serologic abnormalities, disease activity, and damage accrual. Arthritis Rheum. 2006;55:799-806.

214.   Bastian HM, Alarcon GS, Roseman JM, <u>McGwin G</u>, Vila LM, Fessler BJ, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA) XL II: factors predictive of new or worsening proteinuria. Rheumatology. 2006;

215.   <u>McGwin G</u>, Modjarrad K, Reiland A, Tanner S, Rue LW. Prevalence of transportation safety measures portrayed in primetime U.S. television programs and commercials. Inj Prev. 2006;12:400-3.

216.   Szalai AJ, Alarcon GS, Calvo-Alen J, Toloza SM, McCrory MA, Edberg JC, <u>McGwin G</u>, Bastian HM, Fessler BJ, Vila LM, Kimberly RP, Reveille JD. Systemic lupus erythematosus in a multiethnic US Cohort (LUMINA). XXX: association between C-reactive protein (CRP) gene polymorphisms and vascular events. Rheumatology. 2005;44:864-8.

In Press:

1.   Zhang J, <u>McGwin G</u>. Effect of statins on the risk of developing diabetic retinopathy. Arch. Ophthalmol. In press.

2.   Owsley C, <u>McGwin G</u>, Scilley K, Meek GC, Dyer A, Seker D. The visual status of older persons residing in nursing homes. Arch. Opthalmol. In press.

3.   Owsley C, <u>McGwin G</u>, Scilley K, Meek CG, McLacklan A. The visual status of older persons residing in nursing homes. Arch. Ophthalmol. In press.

4.   Owsley C, <u>McGwin G</u>, Scilley K, Meek GC, Seker D, McLacklan A. Effect of refractive error correction on health-related quality of life and depression in older nursing home residents. Arch. Ophthalmol. Submitted.

5.   Modjarrad K, <u>McGwin G</u>, Cross J, Rue LW. The descriptive epidemiology of intentional burns in the United States: an analysis of the national burn repository. Burns. In press.

6.   Girkin C, Ortega J, <u>McGwin G</u>. Discrimination between glaucomatous and non-glaucomatous eyes in african-americans and whites with subjective and objective optic nerve assessment. Investigative Ophthalmology & Visual Science. In press.

7.   Schmidt GW, Yoon M, <u>McGwin G</u>, Lee PP, McLeod SD. Evaluation of the relationship between ablation diameter, pupil size, and visual function with

vision-specific quality of life measures after LASIK. Arch. Ophthalmol. In press.

Submitted:

1. McGwin G, Vincent D, Hutchinson CB, Weems PS, Waite PD, Rue LW. Subspecialty outcome measurement in the treatment of facial fractures. J Oral Maxillofacial Surg. Submitted.

2. McGwin G, George RL, Cross JM, Rue LW. Improving the ability to predict mortality among burn patients. Am J. Epidemiol. Submitted.

3. McGwin G, Modjarrad K, Duma S, Rue LW. Association between upper extremity injuries and side airbag availability. J Trauma. Submitted.

4. McGwin G, Zoghby JT, Griffin R, Rue LW. Incidence of golf cart-related injury in the United States. J Trauma. Submitted.

5. McGwin G, Modjarrad K. Increased risk of death in frontal crashes among older front seat occupants in vehicles equipped with air bags. NEJM. Submitted.

6. Li J, McGwin G, Vaphiades MS, Owsley C. Nonarteritic anterior ischemic optic neuropathy and sleep apnea syndrome screened by the Sleep Apnea Scale of the Sleep Disorders Questionnaire (SA-SDQ). BJO. Submitted.

7. Owsley C, McGwin G, Scilley K, Meek GC, Dyer A, Seker D. Impact of cataract surgery on health-related quality of life in nursing home residents. Journal of Cataract and Refractive Surgery. Submitted.

8. Dawn AG, McGwin G, Lee P. Patient expectations regarding eye care and the relationship to patient satisfaction: A comparison of Eye Care Expectations Survey and the PSQ-18 Results. Arch Ophthalmol. Submitted.

9. Lyman JM, McGwin G, Davis GG, Kovandzic TV, King W, Vermund SH, Rue LW. A multilevel analysis of homicide among children age five years or younger in the state of Alabama. Child Abuse and Neglect. Submitted.

10. Dickson MR, McGwin G, Go RCP, Owsley C. The association of apolipoprotein E ε4 and ε2 with age related macular degeneration. Ophthalmic Genetics. Submitted.

11. Reiff DA, Harkins CL, McGwin G, Cross JM, Rue LW. Adrenal insufficiency in severely injured burn patients. J Burn Care Res. Submitted.

12.  Reiff DA, Harkins CL, McGwin G, Rue LW. Adrenal insufficiency among critically ill trauma patients. J Trauma. Submitted.

13.  Wiener HW, Perry RT, McGwin G, Harrell LE, Go RCP. A polymorphism in SOD2 is significantly associated with development of Alzheimer's Disease in different population. Submitted.

14.  Truong SN, Marx JL, McGwin G, Edwards AO, Wertz FD, Soukiasian SH. A pilot study of high sensitivity C-reactive protein and retinal vein occlusion. Ophthalmology. Submitted.

15.  Fuller JJ, Lott MN, Henson NM, Bhatti AA, Singh H, McGwin G. Vitreal penetration of oral and topical moxifloxacin in humans. Ophthalmology. Submitted.

16.  Fernandez M, Calvo-Alen J, Bertoli AM, Bastian HM, Fessler BJ, McGwin G, Reveille JD, Vila LM, Alarcon GS. Systemic lupus erythematosus in a multi-ethnic cohort (LUMINA): Relationship between vascular events and the use of hormone replacement therapy in post-menopausal women. Lupus. Submitted.

17.  Rice J, Philbin N, McGwin G, Arnaud F, Johnson T, Flournoy WS, Pearce LB, McCarron R, Kaplan L, Handrigan M, Freilich D. HBOC-201 vs. Hextend resuscitation in a swine model of severe controlled hemorrhagic shock simulating combat casualties. Shock. Submitted.

18.  Mason JO, Yunker JJ, Feist, RM, McGwin G. Long-term follow-up of macular pucker surgery with and without limiting membrane peeling. Ophthalmology. Submitted.

## PUBLISHED ABSTRACTS:

1.  McGwin G, Jackson GR, Owsley C. Using non-linear regression to quanitfy dark adaptation kinetics. Investigative Ophthalmology and Visual Science. 1998;39:S161.

2.  Owsley C, Sloane M, Stalvey B, Wells J, McGwin G. Visual functional risk factors for vehicle crashes in older drivers with cataract. Investigative Ophthalmology & Visual Science. 1998;40:S387.

3.  Franz C, Bastian HM, McGwin G, Roseman J, Reveille JD, Lisse J, Alarcón GS for the LUMINA Study Group. Predictor variables for early mortality in a prospective multiethnic cohort of SLE patients. Arthritis Rheum 1998;41:S104

4.  Richards JS, Alarcón GS, Roseman JM, McGwin G, Friedman A.W., Baethge B, Reveille JD for the LUMINA Study Group. Predictors of disease activity over

time in SLE patients from three ethnic groups. Arthritis Rheum 1998;41:S104

5.   Bastian HM, Roseman JM, McGwin G, Reveille JD, Alarcón GS for the
      LUMINA Study Group. Factors predictive of lupus nephritis in three ethnic
      groups. Arthritis Rheum 1998;41:S104

6.   Alarcón GS, Roseman JM, McGwin G, Friedman AW, Moulds JM, Lisse J,
      Richards JS, Straaton KV, Reveille JD, for the LUMINA Study Group. Predictors
      of damage early in SLE among patients from three ethnic groups. Arthritis Rheum
      1998;41:S104

7.   Brooks K, Bastian H, McGwin G, Roseman J, Bradley LA, Reveille JD, Lisse J,
      Calvo F, Alarcón GS, for the LUMINA Study Group. Different clinical
      manifestations are associated with a patient over or under-estimation of disease
      activity in SLE in three ethnic groups.  Arthritis Rheum 1998;41:S295.

8.   Reveille JD, Johnston KA, Ahn C, Tan FK, Friedman AW, Goel N, Moulds JM,
      McGwin G, Roseman J, Alarcón GS: Genetic predictors of disease damage and
      activity early in SLE among patients from three ethnic groups.  Arthritis Rheum
      1998;41:S283

9.   Jackson GR, Edwards DJ, McGwin G, Owsley C. Changes in dark adaptation in
      early AMD. Investigative Ophthalmology & Visual Science. 1999;40:S739.

10.  Owsley C, Stalvey BT, Sloane ME, Wells J, McGwin G. The impact of cataract
      surgery on reported driving difficulty. The Gerontologist. 1999;39:56.

11.  Jackson GR, Scilley K, Owsley C, McGwin G. Relationship between self-
      reported vision function and clinical measures in early age-related macular
      degeneration. The Gerontologist. 1999;39:512.

12.  Brooks KT, Gregory R, McGwin G, Chapman V, Roseman JM, Benavides G,
      Fessler BJ, Bastian HM, Lisse J, Reveille JD, Alarcón GS. A comparison between
      a vertical and horizontal visual analog scale to measure disease activity for
      patients with SLE. Arthritis Rheum 1999;42:S216

13.  Alarcón GS, McGwin G, Baethge BA, Reveille JD. Ethnic differences in damage
      accrual among Hispanic, African-American and Caucasian SLE patients. Arthritis
      Rheum 1999;42:S302

14.  Zonana-Nacach A, McGwin G, Morgan SL, Darnell B, Mikhail I, Reveille JE,
      Alarcón GS. Dietary intake in patients with systemic lupus erythematosus (SLE).
      Arthritis Rheum 1999;42:S278.

15.  Alarcón GS, McGwin G, Benavides G, Brooks K, Goel N, Rodriguez J, Friedman
      A, Reveille J. Poor acculturation into mainstream America does not contribute to

disease activity among Hispanic SLE patients. Arthritis Rheum 1999;42:S285

16.   Gregory G, Brooks KT, Fessler BJ, McGwin G, Bastian HM, Chapman V, Baethge BA, Reveille JD, Friedman AW, Alarcón GS. Unexpected lack of occurrence of fibromyalgia among a cohort of SLE patients from three ethnic groups. Arthritis Rheum 1999;42:S285

17.   Alarcón GS, McGwin G, Friedman A, Baethge BA, Reveille JD. Similarities and differences in baseline features predictive of disease activity in SLE patients of different ethnicities. Arthritis Rheum 1999;42:S288

18.   Fessler BJ, McGwin G, Roseman JM, Bastian HM, Friedman AW, Lisse JR, Alarcón GS, Reveille JD. Characteristics of ACR criteria accrual for systemic lupus erythematosus (SLE) in 3 ethnic groups for the LUMINA Study Group. Arthritis Rheum 2000;43:S252.

19.   Fessler BJ, McGwin G, Roseman JM, Bastian HM, Friedman AW, Lisse JR, Alarcón GS, Reveille JD. Cutaneous vasculitis (CV) in systemic lupus erythematosus (SLE). Association with Hispanic ethnicity and major organ system involvement. Arthritis Rheum 2000;43:S253.

20.   Alarcón GS, McGwin G, Roseman J, Bastian HM, Fessler BJ, Lisse JR, Friedman AW, Reveille JD. Poor physical functioning early in the course of SLE predicts damage in Hispanics and Caucasians but not in African Americans. Arthritis Rheum 2000;43:S149.

21.   Alarcón GS, McGwin G, Bastian HM, Roseman J, Lisse JR, Fessler BJ, Friedman AW, Reveille JD. Poverty is the most important determinant of mortality in a multiethnic cohort of patients with systemic lupus erythematosus. Arthritis Rheum 2000;43:S131.

22.   Brooks K, McGwin G, Roseman JM, Fessler BJ, Bastian HM, Friedman AW, Lisse J, Revellle ill, Alarcón GS. Patients and physicians differ in perception of disease activity in SLE: Factors influencing discrepancy score. Arthritis Rheum 2000;43:S149

23.   McGwin G, Reiff DA, Moran SG, Cross JM, Rue LW. Incidence and characteristics of motor vehicle collision related blunt thoracic aortic injury according to age. J. Trauma 2001;51:208.

24.   Meredith JW, Evans GW, Kilgo PD, Osler T, MacKenzie E, McGwin G. Trauma outcome scoring study - a comparison of nine scoring algorithms and their ability to predict mortality outcomes. J. Trauma 2001;51:199.

25.   Friedman AW, Reveille JD, Bastian HM, Fessler BJ, Baethge BA, McGwin G, Kang S-H, Alarcón GS. Predictors of self-reported physical and mental

functioning in systemic lupus erythematosus. Arthritis Rheum 2001;44:S290

26.   Alarcón GS, Petri M, Ramsey-Goldman R, Lisse JR, McGwin G, Bastian HM, Fessler BI, Goel N, Friedman AW, Reveille JD, Kimberly RP. Renal involvement occurs later in the course of SLE among Hispanics than among patients from other ethnicities. Lupus 2001;10:S80.

27.   Alarcón GS, McGwin G, Bartolucci A, Roseman JM, Baethge B, Fessler B, Bastian HM, Friedman AW. Differences in damage accrual in SLE patients from 3 ethnic groups. Lupus 2001;10:S96.

28.   Fessler BI, McGwin G, Alarcón GS, Roseman JM, Bastian HM, Friedman AW, Lisse JR, Alarcón GS. Hydroxychloroquine (HCQ) usage is associated with decreased renal and cardiovascular damage in patients with systemic lupus erythematosus (SLE). Arthritis Rheum 2001;44:S201.

29.   Sanchez ML, Copeland R, McGwin G, Fessler BI, Sowell E, Kimberly RP, Alarcón. Does the use of the weighted criteria improve our ability to capture a larger number of lupus patients into observational and interventional studies than the ACR criteria? Arthritis Rheum 2001;44:S331.

30.   Alarcón GS, McGwin G, Bastian HM, Fessler BI, Friedman AW, Baethge BA, Reveille JD: Do the "weighted criteria" at diagnosis predict the rate of damage accrual in SLE? Arthritis Rheum 2001;44:S246.

31.   Cianfrini LR, Alarcón GS, Bradley LA, Sanchez M, Brooks K, Friedman AW, Baethge BA, Fessler BJ, Bastian HM, Roseman JM, McGwin G, Reveille JD. Factor analysis and validity assessment of a brief screening measure of cognitive impairment in systemic lupus erythematosus: The cognitive symptoms inventory. Arthritis Rheum 2001;44:S389.

32.   Friedman AW, Reveille JD, Bastian HM, Fessler BJ, Baethge BA, McGwin G, Kang S-H, Alarcón GS. Predictors of self-reported physical and mental functioning in systemic lupus erythematosus. Arthritis Rheum 2001;44:S290.

33.   Tew MB, Friedman AW, Kang S-H, Bastian HM, McGwin G, Fessler BJ, Baethge BA Alarcón GS. Prevalence and correlates of fibromyalgia in a prospective multiethnic lupus cohort. Arthritis Rheum 2001;44:S333.

34.   Tew MB, Tan KT, Kang S-H, Friedman AW, Baethge BO, McGwin G, Fessler BJ, Bastian HM, Reveille JD, Alarcón GS. Mannose binding lectin genetic polymorphisms do not significantly affect clinical manifestations in systemic lupus erythematosus. Arthritis Rheum 2001;44:S251.

35.   Sanchez ML, McGwin G, Bastian HM, Fessler BJ, Friedman AW, Reveille JD, Baethge BA. Neither wealth (lack of) nor poverty associate with disease activity

in systemic lupus erythematosus.  Arthritis Rheum 2001:44:S325.

36.   George R, McGwin G, Metzger J, Chaudry I. The association between gender and mortality among trauma patients as modified by age. J. Trauma 2002;53:197.

37.   McGwin G, Metzger J, Rue LW. Occupant and collision related risk factors for thoracic aorta injury. J Trauma 2002;53:187.

38.   Owsley C, McGwin G, Scilley K, Brown J. Impact of cataract surgery on self-reported visual task difficulties: Comparison to a no-surgery reference group. Investigative Ophthalmology and Visual Science 2002;S42.

39.   Sanchez M, McGwin G, Alarcón GS, Fessler BJ, Bastian HM, Baethge BA, Sandoval R, Friedman AW, Reveille JD. Factors predictive of poor compliance with study visits in longitudinal observational lupus studies. Arthritis Rheum 2002;48:S239.

40.   Vilá LM, Alarcón GS, McGwin G, Friedman AW, Baethge BA, Bastian HM, Fessler BJ, Reveille JD. Lymphopenia early in the course of SLE. Association with clinical manifestations, disease activity and disease damage. Arthritis Rheum 2002;46:S575.

41.   Vilá LM, Alarcón GS, McGwin G, Friedman AW, Baethge BA, Bastian HM, Fessler BJ, Reveille JD. Variability of initial clinical manifestations and disease activity of systemic lupus erythematosus among four ethnic groups. Arthritis Rheum 2002;46:S264.

42.   Alarcón GS, McGwin G, Uribe A, Friedman AW, Roseman JM, Fessler BJ, Bastian HM, Baethge BA, Vilá LM, Reveille JD. Poor early self-reported health-related quality of life (HRQOL) strongly predicts subsequent HRQOL in lupus patients independent of ethnicity. Arthritis Rheum 2003;48:S184.

43.   Vilá LM, Alarcón GS, McGwin G, Friedman AW, Baethge BA, Bastian HM, Fessler BJ, Reveille JD. Elevation of erythrocyte sedimentation rate is associated with disease activity and damage accrual in systemic lupus erythematosus. Arthritis Rheum 2003;48:S188.

44.   Fessler BJ, Alarcón GS, McGwin G, Roseman JM, Bastian HM, Friedman AW, Baethge BA, Vilá LM, Reveille JD. Influence of aggressive therapy on development of damage in systemic lupus erythematosus (SLE) using propensity modeling. Arthritis Rheum 2003;48:S190.

45.   Reveille JD, Beasley TM, Tan FK, Roseman JM, Vilá LM, Bastian HM, Fessler BJ, Baethge BA, McGwin G, Allison DB, Alarcón GS. Admixture as a measure of genomic control. Data from a multiethnic lupus cohort. Arthritis Rheum 2003;

48:S225.

46.   Ho KT, Reveille JD, Baethge BA, Tan FK, Friedman AW, Roseman JM, Bastian
      HM, Fessler BJ, McGwin G, Ahn CW, Alarcón GS. The use of
      hydroxychloroquine in the prevention of thrombosis in systemic lupus
      erythematosus. Arthritis Rheum 2003;48:S375.

47.   Vilá LM, Alarcón GS, McGwin G, Baethge BA, Reveille JD. HLA-class II alleles
      among two distinct U.S. Hispanic populations with systemic lupus erythematosus.
      Arthritis Rheum 2003;48:S574

48.   Roseman JM, McGwin G, Alarcón GS, Baethge BA, Fessler BJ, Bastian HM,
      Vilá LM, Reveille JD. Predictors of time-to-new-damage in SLE patients from
      different ethnicities. Arthritis Rheum 2003;48:S694.

49.   Toloza SM, Uribe AG, Alarcón GS, McGwin G, Agee BS, Fessler BJ, Bastian
      HM, Baethge BA, Vilá LM, Roseman JM, Reveille JD. Poverty is a strong
      predictor of vascular events in SLE patients from different ethnicities. Arthritis
      Rheum 2003;48:S694.

50.   Abernathy JH, McGwin G, Rue LW. Reduction in mortality, hospital length of
      stay and cost can be realized through a voluntary trauma system. J. Trauma.
      2000;49:386.

51.   McGwin G, Metzger J, Rue LW. The influence of side air bags on the risk of head
      and thoracic injury following motor vehicle collisions. J. Trauma 2003;55:199.

52.   Melton S, McGwin G, Cross J, Windham S, Moran S, McGiffin D, Rue LW, Hsia
      J. Thoracic CT scan: the new gold standard for the diagnosis of blunt aortic
      injury. J. Trauma 2003;55:203.

53.   Owsley C, McGwin G, McNeal SF, Phillips JM, Stalvey BT. Impact of an
      educational program on the safety of high-risk, visually-impaired older drivers.
      Investigative Ophthalmology and Visual Science 2004;43:S790.

54.   Owsley C, McGwin G, Mays A, Joiner W, DeCarlo DK, McNeal S. Is glaucoma
      associated with motor vehicle collision involvement and driving avoidance?
      Investigative Ophthalmology and Visual Science 2004;45:#1123.

55.   Scilley KM, Owsley C, McGwin G, Meek C, McLacklan A. Visual function in
      nursing home residents. Investigative Ophthalmology and Visual Science
      2004;45:#1359.

56.   Searcey KE, McGwin G, Gewant H, Owsley C. Impact of cataract surgery on
      mobility and falls among older adults. Investigative Ophthalmology and Visual

Science 2004;45:#1372.

57.   McGwin G, Owsley C. Risk factors for motor vehicle collision-related eye injuries. Investigative Ophthalmology and Visual Science. 2004;45:#1396.

58.   Jackson GR, McGwin G, Phillips JM, Klein R, Owsley C. Impact of aging and age-related maculopathy on the activation of the a-wave of the rod-mediated electroretinogram. Investigative Ophthalmology and Visual Science 2004;45:#3115.

59.   Bartlett JD, Shaikh A, Semes LP, McGwin G. The relationship among race, iris color, central corneal thickness, and intraocular pressure. Investigative Ophthalmology and Visual Science 2004;45:#5538.

60.   Girkin CA, McGwin G, Long C, DeLeon-Ortega J, Graff CM, Everett AW. Discrimination between glaucomatous and non-glaucomatous eyes in african-americans and whites with subjective and objective optic nerve assessment. Investigative Ophthalmology and Visual Science 2004;45:#5502.

61.   Swanson MW, McGwin G. The association between anti-inflammatory drug use and age-related macular degeneration. Investigative Ophthalmology and Visual Science 2004;45:#3051.

62.   Schmidt GW, Yoon M, McGwin G, Lee PP, McLeod SD. Evaluation of the relationship between ablation diameter, pupil size and visual function with vision-specific quality of life measures after LASIK using the NIH National Eye Institute Refractive Error Quality of Life (RQL) Instrument. Investigative Ophthalmology and Visual Science 2004;45:#200.

63.   White MF, Mason JO, Feist RM, McGwin G, Emond TL. Transpupillary thermotherapy of occult choroidal neovascularization: 18-month follow-up. Investigative Ophthalmology and Visual Science 2004;45:#4415.

64.   Mason JO, Swanner J, Feist R, White MF, McGwin G, Emond TL. Arteriovenous sheathotomy to surgically decompress branch retinal vein occlusion: A matched control study. Investigative Ophthalmology and Visual Science 2004;45:#3519.

65.   Dreer LE, McGwin G, Scilley K, Xie A, Meek CG, Owsley C. Development of a nursing home vision-specific health related quality of life questionnaire. Invest. Ophthalmol. Vis. Sci. 2006;47#2205.

66.   Lee PP, Branch L, McGwin G , Lobach D, Rafferty W, Postel E, Kacmaz R, Hunt M. Community-based eye care of patients with diabetes mellitus. Invest. Ophthalmol. Vis. Sci. 2006;47#4405.

67.    Lee AC, Santiago–Turla CM, McGwin G, Coleman AL, Jampel HD, Mills RP, Lee PP. Conformance with the preferred practice pattern for glaucoma: Survey of the American Glaucoma Society. Invest. Ophthalmol. Vis. Sci. 2006;47:#4406.

68.    Rafferty W, Matchar D, Macri J, Lobach D, McGwin G, Hunt M, Lee P. Resource utilization of personnel in the eye care of patients with diabetes mellitus. Invest. Ophthalmol. Vis. Sci. 2006;47:#4413.

69.    Lobach D, Lee P, Postel E, Rafferty W, McGwin G, Branch L. Process quality in the care of patients with diabetes mellitus. Invest. Ophthalmol. Vis. Sci. 2006;47:#4416.

70.    Stein J, Lee PP, Lobach DF, Postel EA, Rafferty WB, McGwin G, Branch LG. Practice characteristics of eye care providers of diabetes eye care. Invest. Ophthalmol. Vis. Sci. 2006;47:#4417.

71.    Goodwin PL, Feist RM, Mason JO, White MF, Thomley ML, McGwin G. A comparison of visual acuities, complications and operative times using 20–gauge and 25–gauge vitrectomy instruments for idiopathic epiretinal membrane removal. Invest. Ophthalmol. Vis. Sci. 2006;47:#4649.

72.    DeCarlo DK, McGwin G, Xie A, Owsley C. Relationship between ETDRS and projected snellen visual acuity in patients with ARMD. Invest. Ophthalmol. Vis. Sci. 2006;47:#3474.

73.    Mason JO, Talalight AV, Emond TL, Feist RM, White MF, Thomley ML, Roberts BW, Nixon PA, McGwin G. Tachyphylaxis of triamcinolone acetonide effectiveness after multiple injections. Invest. Ophthalmol. Vis. Sci. 2005;46:#283.

74.    Hall TA, McGwin G, Searcey K, Xie A, Hupp SL, Owsley C, Kline LB. Health-related quality of life and psychosocial characteristics in patients with primary blepharospasm. Invest. Ophthalmol. Vis. Sci. 2005;46:#618.

75.    Kline LB, Hall TA, McGwin G, Searcey K, Xie A, Hupp SL, Owsley C. Primary blepharospasm: risk factors with reference to hemifacial spasm. Invest. Ophthalmol. Vis. Sci. 2005;46:#619.

76.    McGwin G, Xie A, Mays A, Joiner W, DeCarlo D, Hall T, Owsley C. Visual field defects and the risk of motor vehicle collisions among patients with glaucoma. Invest. Ophthalmol. Vis. Sci. 2005;46:#3523.

77.    Girkin CA, Xie A, McGwin G, DeLeon Ortega J, Monhiet B, Arthur S. Discrimination between glaucomatous and non–glaucomatous eyes of black and white subjects using quantitative optic disc topography (OCT III and HRT II),

retinal nerve fiber layer analysis (OCT III and Gdx–Vcc), and subjective optic disc assessment. Invest. Ophthalmol. Vis. Sci. 2005;46:#3634.

78.   Phillips J, Scilley K, McGwin G, Owsley C. Focus groups of older African Americans and eye care providers serving their communities: Perceived barriers to care and knowledge about vision and eye care. Invest. Ophthalmol. Vis. Sci. 2005;46:#1938.

79.   Arthur SN, Aldridge AJ, DeLeon–Ortega J, McGwin G, Xie A, Girkin CA. Agreement in assessing cup–to–disc ratio measurement between stereoscopic optic nerve head photographs, heidelberg retinal tomography, and optical coherence tomography. Invest. Ophthalmol. Vis. Sci. 2005;46:#2495.

80.   Peli E, Bowers AR, Elgin J, McGwin G, Owsley C. Impact of moderate peripheral visual field loss on driving performance. Invest. Ophthalmol. Vis. Sci. 2005;46:#4790.

81.   Kallie CS, Cheung SH, Legge GE, Owsley C, McGwin G. Nonlinear mixed effects modeling as an estimation procedure for sparse MNREAD data. Invest. Ophthalmol. Vis. Sci. 2005;46:#4589.

82.   Vila LM, Alarcon GS, Calvo-Alen J, Toloza SM, McGwin G, Bastian HM, Fessler BJ, Reveille JD. Association of C-reactive protein with disease activity and damage accrual at initial evaluation in patients with systemic lupus erythematosus. Arthritis Rheum 2004;#1013.

83.   Fessler BJ, Alarcon GS, McGwin G, Vila LM, Bastian HM, Reveille JD. Factors associated with development of hypothyroidism in patients with systemic lupus erythematosus: Data for a multiethnic cohort. Arthritis Rheum 2004;#1590.

84.   Fernandez M, Calvo-Alen J, Toloza S, Vila LM, Fessler BJ, Bastian HM, McGwin G, Reveille JD, Alarcon GS. Menopausal status rather than age is an important determinant of damage accrual in SLE: Data from a large multi-ethnic cohort. Arthritis Rheum 2004;#1847.

85.   Alarcon GS, Reveille JD, McGwin G, Petri M, Ramsey-Goldman R, Vila LM, Fessler BJ, Edberg JC. Predictors of renal involvement in a large multi-ethnic, multi-institutional, multi-regional SLE cohort. Arthritis Rheum 2004;#394.

86.   Alarcon GS, Edberg JC, McGwin G, Petri M, Ramsey-Goldman R, Vila LM, Calvo-Alen J, Bastian HM, Fessler BJ, Reveille JD, Kimberly RP. Predictors of ESRD in SLE patients with renal involvement from a multi-ethnic, multi-institutional, multi-regional SLE cohort. Arthritis Rheum 2004;#395.

87.   Szalai AJ, Alarcon GS, Toloza SM, McCrory MA, Edberg JC, McGwin G, Calvo-Alen J, Bastian HM, Fessler BJ, Vila LM, Kimberly RP, Reveille JD. Association

between a dinucleotide repeat polymorphism in the intron of the C-reactive
protein gene and vascular centers in SLE patients. Arthritis Rheum 2004;#565.

88.   Bastian HM, Roseman JM, Tan F, Fessler BJ, Vila LM, McGwin G, Reveille JD,
Alarcon GS. Admixture explains the majority of the effect of ethnicity on the
occurrence of lupus nephritis in patients with SLE. Arthritis Rheum 2004;#569.

89.   Calco-Alen J, Toloza SM, Fernandez M, Bastian HM, Fessler BJ, Roseman JM,
McGwin G, Vila LM, Reveille JD, Alarcon GS. Smoking, hypercholesterolemia
and glucocorticoid use are major risk factors for venous thrombosis in SLE.
Arthritis Rheum 2004;#1572.

90.   Calvo-Alen J, McGwin G, Uribe A, Roseman JM, Bastian HM, Toloza SM, Vila
LM, Fessler BJ, Fernandez M, Reveille JD, Alarcon GS. Ethnicity,
socioeconomic-demographic, behavioral and psychological variables predict
disease activity over time in SLE: Data from a large multiethnic cohort. Arthritis
Rheum 2004;#1849.

91.   Bertoli AM, Fernandez M, McGwin G, Tan FK, Fessler BJ, Bastian HM, Vila
LM, Reveille JD, Alarcon GS. Mannose binding lectin exon 1 polymorphisms
influence SLE manifestations, but not its course or outcome: Data from a large
multiethnic cohort. Arthritis Rheum 2005;#434

92.   Bertoli AM, Fernandez M, McGwin G, Vila LM, Fessler BJ, Bastian HM,
Reveille JD, Alarcon GS. Factors predictive of the use of hydroxychloroquine in
patients with SLE: Data from a multiethnic cohort. Arthritis Rheum 2005;#411.

93.   Fernandez M, Bertoli AM, McGwin G, Fessler BJ, Calvo-Alen J, Vila LM,
Bastian HM, Reveille JD, Alarcon GS. Vascular arterial events among women
with SLE receiving hormone replacement therapy are not increased even after
adjusting for confounding by indication. Arthritis Rheum 2005;#1634.

94.   Alarcon GS, McGwin G, Fessler BJ, Bertoli AM, Calvo-Alen J, Bastian HM, Vila
LM, Reveille JD. Confounding by indication partially explains the protective
effect of hydroxychloroquine in SLE survival: Data from a multiethnic cohort.
Arthritis Rheum 2005;#1959.

95.   Calvo-Alen J, McGwin G, Roseman JM, Toloza SM, Bastian HM, Fernandez M,
Fessler BJ, Vila LM, Reveille JD, Alarcon GS. High-LDL cholesterol level is a
risk factors for, and hydroxychloroqunine use is protective of the development of
osteonecrosis in SLE. Arthritis Rheum 2004;#1573.

96.   Alarcon GS, McGwin G, Fernandez M, Sanchez ML, Apte M, Vila LM, Reveille
JD, Fessler BJ, Bastian HM. Disease and non-disease factors contribute to overall
poor health in SLE, as determined by the SF-6D index. Arthritis Rheum
2006;#582.

97.   Chaiamnuay S, Bertoli AM, Roseman JM, McGwin G, Apte M, Vila LM, Reveille JD, Alarcon GS. Predictors of hypertension in SLE: Results from a multi-ethnic US cohort. Arthritis Rheum 2006;#559.

98.   Tucker LB, Uribe AG, Fernandez M, Apte M, McGwin G, Vila LM, Reveille JD, Alarcon GS. Clinical differences between juvenile and adult onset patients with SLE: Results from a multi-ethnic longitudinal cohort. Arthritis Rheum 2004;#271.

99.   Edberg JC, Begovich AB, McGwin G, Perti M, Ramsey-Goldman R, Vila LM, Reveille JD, Alarcon GS, Kimberly RP. Lack of association of a genetic variant in PTPN22 with African-Americans with SLE. Arthritis Rheum 2004;#1513.

100.  Bastian HM, Alarcon GS, McGwin G, Vila LM, Fessler BJ, Edberg JC, Kimberly RP, Reveille JD. FCGR3A*GG alleles are associated with the development of end stage renal disease in SLE patients with biopsy-proven lupus nephritis. Arthritis Rheum 2004;#2099.

101.  Fernandez M, McGwin G, Apte M, Sanchez M, Fessler BJ, Vila LM, Reveille JD, Alarcon GS. The Short Form-6D as a measure of overall health, is a predictor of damage accrual but not of mortality in SLE patients. Arthritis Rheum 2004;#584.

Revised: April 20, 2007